Index # 12 cv 4052
Purchased/Filed: May 22, 2012

Attorney(s):

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Todd Kreisler

Plaintiff

against

Papa John's USA, Inc. d/b/a Papa John's and 305 East 24th Owners Corp.

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 24 Yrs. |
|---|---|---|
| COUNTY OF ALBANY  ) SS | | |
| CITY OF ALBANY        ) | Weight: 175 Lbs.  Height: 6' 1"  Sex: Male  Color of skin: White | |
| | Hair color: Brown   Other: | |

_____Paula Cole_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 5, 2012_____, at _____3:15 pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons & Complaint, Index # & Date of Filing Endorsed Thereon

on _____Papa John's USA, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____$40_____ dollars; That said service was made pursuant to Section _____BUSINESS CORPORATION LAW §306_____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

5th  day of  June, 2012

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

Paula Cole

**Invoice•Work Order #** 1209687