Index # 12 cv 4052

Purchased/Filed: May 22, 2012

Attorney(s):

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Todd Kreisler

Plaintiff

against

Papa John's USA, Inc. d/b/a Papa John's and 305 East 24th Owners Corp.

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY       )

**DESCRIPTION OF PERSON SERVED:**          Approx. Age:   24 Yrs.

Weight:  175 Lbs.  Height:   6' 1"   Sex:   Male   Color of skin:   White

Hair color:   Brown   Other:

_____ Paula Cole _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ June 5, 2012 _____ , at   3:15 pm  , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served
Summons & Complaint, Index # & Date of Filing Endorsed Thereon

on _____ 305 East 24th Owners Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

5th   day of _____ June, 2012 _____

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

Paula Cole

**Invoice•Work Order #** 1209689