UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TODD KREISLER,

           Plaintiff,

    -against-

PAPA JOHN'S USA, INC., a Kentucky business corporation, d/b/a PAPA JOHN'S and 305 EAST 24TH STREET OWNERS CORP., a New York corporation,

           Defendants.
------------------------------------------------------------------X

Index No: 12-CIV-4052
(PAE)

**RULE 7.1 DISCLOSURE**

    Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant 305 East 24th Street Owners Corp. (a private non-governmental party), certifies that said defendant has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:   New York, New York
       June 26, 2012

                   **CANTOR, EPSTEIN & MAZZOLA, LLP**
                   *Attorneys for 305 East 24th Street Owners Corp.*

                  By: _____/s/ Gary S. Ehrlich_____
                      Gary S. Ehrlich
                      49 West 37th Street, 7th Floor
                      New York, New York 10018