UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TODD KREISLER,

                Plaintiff,

    -v-

PAPA JOHN'S USA, INC. et al.,

                Defendants.

------------------------------------------------------------X

12 Civ. 4052 (PAE)

NOTICE OF INITIAL
PRETRIAL
CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/12

PAUL A. ENGELMAYER, District Judge:

    This case has been assigned to this Court for all purposes. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.

    Counsel for all parties are directed to appear for an initial pretrial conference with the Court, at the time and place listed below.

    Counsel are further directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.

    Counsel are further directed and to prepare a Civil Case Management Plan and Scheduling Order, in accordance with the Court's Individual Rules, to be submitted to the Court no later than **July 5, 2012**. To view the Court's Individual Rules, see the Court's website at http://www.nysd.uscourts.gov/judge/Engelmayer.

    Counsel are further directed to submit to the Court no later than five days before the date of the initial conference, a joint letter, not to exceed three pages in length, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the

1

prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter. Prior to the date of the conference, all parties must send the Court one courtesy copy of all pleadings.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.** Requests for adjournment may be made only in a writing received no later than two business days before the conference. The written submission must comply with Section 1.E of the Court's Individual Rules. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Plaintiff's counsel is directed (1) to so notify all attorneys in this action by serving upon each of them a copy of this notice forthwith, and (2) to file proof of such notice with the Court. If the Plaintiff's counsel is unaware of the identity of counsel for any of the parties, Plaintiff's counsel must forthwith send a copy of the notice to that party personally.

The initial pretrial conference is hereby scheduled for **July 27, 2012, at 10:30 a.m.** in Courtroom 18C at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 26, 2012
       New York, New York

2