# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com



RECEIVED
JUN 27 2012
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

Writer's Direct Dial:
(908) 516-1065

Writer's E-mail:
jstoripan@laborlawyers.com

June 26, 2012

**VIA FEDERAL EXPRESS**

Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2012

**MEMO ENDORSED**

Re:  Todd Kreisler v. Papa John's USA, Inc., et al.
     Case No. 12-cv-4052

Dear Judge Engelmayer:

We represent the defendant, Papa John's USA, Inc. ("Papa John's") in the above-referenced matter.  Please accept this letter as Papa John's request to extend the time to answer, move, or otherwise reply to the Complaint.

Currently, Papa John's answer is due on or before July 3, 2012.  Papa John's respectfully requests that the time to answer, move, or otherwise reply to the Complaint be extended by 28 days, or until July 31, 2012.  No previous request for an extension of this deadline have been made.  My adversary consents to this request.

Thank you for your attention to this matter and your anticipated courtesies.

Respectfully,

Jason A. Storipan

Jason A. Storipan
For FISHER & PHILLIPS LLP

JAS:jm

cc:  Adam T. Shore, Esq. (via Federal Express)

*The deadline for Papa John's to answer is hereby extended to July 31, 2012. The initial pretrial conference for all parties is adjourned to August 21, 2012 at 11:30 a.m.*

**SO ORDERED:**

Paul A. Engelmayer

6/28/12

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Atlanta · Boston · Charlotte · Chicago · Cleveland · Columbia · Dallas · Denver · Fort Lauderdale · Houston · Irvine · Kansas City · Las Vegas · Los Angeles
Louisville · Memphis · New England · New Jersey · New Orleans · Orlando · Philadelphia · Phoenix · Portland · San Diego · San Francisco · Tampa · Washington, DC
NewJersey 188501.1