## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD KREISLER, | : |
| | : |
| Plaintiff, | : Civil Action No. 12-cv-4052 |
| | : |
| v. | : |
| | : **NOTICE OF APPEARANCE** |
| PAPA JOHN'S USA, INC., a Kentucky business corporation, d/b/a PAPA JOHN'S and 305 EAST 24TH OWNERS CORP., a New York corporation, | : |
| | : |
| Defendants. | : |

**KATHLEEN McLEOD CAMINITI**, a member of the bars of the States of New York and this Court, hereby files this Notice of Appearance as counsel for defendant Papa John's USA, Inc. All notices given or required to be given in this case, and all papers served or required to be served in this case, shall be given to and served upon:

>Kathleen McLeod Caminiti, Esq.
>430 Mountain Avenue, Suite 303
>Murray Hill, NJ  07974
>Phone:  (908) 516-1050
>Fax:  (908) 516-1051
>E-mail:  kcaminiti@laborlawyers.com
>Attorneys for Defendant
>Papa John's USA, Inc.

>Respectfully submitted,
>
>s/Kathleen McLeod Caminiti
>   Kathleen McLeod Caminiti

Dated:  June 29, 2012

NewJersey 188346.1