UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD KREISLER,<br><br>    Plaintiff,<br><br>v.<br><br>PAPA JOHN'S USA, INC., a Kentucky business corporation, d/b/a PAPA JOHN'S and 305 EAST 24TH OWNERS CORP., a New York corporation,<br><br>    Defendants. | :<br>:<br>:  Civil Action No. 12-cv-4052<br>:<br>:<br>:  **CERTIFICATE OF SERVICE**<br>:<br>:<br>:<br>:<br>:<br>: |

Kathleen McLeod Caminiti, Esq., hereby certifies as follows:

1. I am an attorney at law of the State of New York, a member of the bar of this Court, and a partner with the law firm of Fisher & Phillips LLP, counsel for defendant, Papa John's USA, Inc. in this matter. As such, I am familiar with the facts set forth herein.

2. On this date, I caused to be electronically filed with the Clerk, United States District Court for the Southern District of New York, a Notice of Appearance of Kathleen McLeod Caminiti, Esq. on behalf of defendant Papa John's USA, Inc. and this Certificate of Service, thereby serving Adam T. Shore, Esq., attorney for plaintiff and Gary Ehrlich, Esq., attorney for defendant 305 East 24th Owners Corp.

                Respectfully submitted,

                s/Kathleen McLeod Caminiti
                Kathleen McLeod Caminiti

Dated: June 29, 2012

NewJersey 188608.1