**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD KREISLER, | : |
|             Plaintiff, | :   Civil Action No. 12-cv-4052 |
|     v. | : |
| | :   **NOTICE OF APPEARANCE** |
| PAPA JOHN'S USA, INC., a Kentucky business corporation, d/b/a PAPA JOHN'S and 305 EAST 24TH OWNERS CORP., a New York corporation, | : : : : |
|          Defendants. | : |

     **JASON A. STORIPAN**, a member of the bars of the States of New York and this Court,

hereby files this Notice of Appearance as counsel for defendant Papa John's USA, Inc.  All

notices given or required to be given in this case, and all papers served or required to be served

in this case, shall be given to and served upon:

> Jason A. Storipan, Esq.
> 430 Mountain Avenue, Suite 303
> Murray Hill, NJ  07974
> Phone:  (908) 516-1050
> Fax:  (908) 516-1051
> E-mail:  jstoripan@laborlawyers.com
> Attorneys for Defendant
> Papa John's USA, Inc.

                           Respectfully submitted,

                           s/Jason A. Storipan
                            Jason A. Storipan (JS0430)

Dated:  June 29, 2012