## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD KREISLER, | : |
| Plaintiff, | : Civil Action No. 12-cv-4052 |
| v. | : |
| | : **CERTIFICATE OF SERVICE** |
| PAPA JOHN'S USA, INC., a Kentucky business corporation, d/b/a PAPA JOHN'S and 305 EAST 24TH OWNERS CORP., a New York corporation, | : |
| Defendants. | : |

Jason A. Storipan, Esq., hereby certifies as follows:

1. I am an attorney at law of the State of New York, a member of the bar of this Court, and an associate with the law firm of Fisher & Phillips LLP, counsel for defendant, Papa John's USA, Inc. in this matter. As such, I am familiar with the facts set forth herein.

2. On this date, I caused to be electronically filed with the Clerk, United States District Court for the Southern District of New York, a signed Stipulation of Dismissal With Prejudice and this Certificate of Service, thereby serving Adam T. Shore, Esq., attorney for plaintiff and Gary Ehrlich, Esq., attorney for defendant 305 East 24th Owners Corp.

Respectfully submitted,

s/Jason A. Storipan
Jason A. Storipan (JS0430)

Dated: July 25, 2012

NewJersey 189221.1