UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/12

| | |
|---|---|
| TODD KREISLER, <br><br> Plaintiff, <br><br> v. <br><br> PAPA JOHN'S USA, INC., a Kentucky business corporation, d/b/a PAPA JOHN'S and 305 EAST 24TH OWNERS CORP., a New York corporation, <br><br> Defendants. | Civil Action No. 12-cv-4052(PAE) <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff Todd Kreisler and defendants Papa John's USA, Inc. and 305 East 24th Owners Corp. hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that any and all claims and crossclaims filed herein by plaintiff and/or 305 East 24th Owners Corp. against Papa John's USA, Inc. should be and hereby are dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees with respect to the claims asserted against Papa John's USA, Inc.

STIPULATED AND AGREED TO:

_____
Adam T. Shore, Esq.
The Law Offices of Adam Shore, PLLC
100 Park Avenue, Suite 1600
New York, NY 10017
Attorney for Plaintiff

_____
Gary Ehrlich, Esq.
Cantor, Epstein & Mazzola, LLP
49 West 37th Street, 7th Floor
New York, NY 10018
Attorney for Defendant, 305 East 24th Owners Corp.

_____
Jason A. Storipan, Esq. (JS0430)
FISHER & PHILLIPS LLP
430 Mountain Avenue
Murray Hill, NJ 07974
Phone: (908) 516-1050
Fax: (908) 516-1051
Attorneys for Defendant
Papa John's USA, Inc.

The Clerk of Court is directed to terminate defendant Papa John's from this case.

**SO ORDERED:** 7/27/12

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE