UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TODD KREISLER,

                       Plaintiff,

         -v-

305 EAST 24TH OWNERS CORP.,

                       Defendant.

------------------------------------------------------------------X

12 Civ. 4052 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed plaintiff's motion, dated July 23, 2012, to amend the Complaint. The Court has also reviewed plaintiff's letter, dated July 31, 2012, representing that the motion to amend the Complaint is unopposed.

The motion is hereby granted. The plaintiff is directed to file his Amended Complaint by August 3, 2012. Remaining defendant 305 East 24th Owners Corp. is directed to file its Amended Answer by August 17, 2012. The initial pretrial conference is still scheduled for August 21, 2012, at 11:30 a.m.

The Court notes that the June 26, 2012 Notice of Initial Pretrial Conference directed the parties to jointly submit a proposed case management plan by July 5, 2012. The June 28, 2012 order granting the parties' request to adjourn the initial pretrial conference did not, however, extend the deadline to submit the proposed case management plan. The parties are directed to submit, by August 6, 2012, a proposed case management plan in accordance with the Court's Individual Rules and Practices.

The Clerk of Court is directed to terminate the motion at docket item 11.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: July 31, 2012
       New York, New York