UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
TODD KREISLER,

                Plaintiff,                Case No.: 12 Civ. 4052 (PAE)
                                                    ECF CASE

  v.

                                                  **CERTIFICATE OF SERVICE**

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company,
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.
_____

The undersigned hereby certifies a copy of the Notice of Pre-Trial Conference was served via email upon: Gary S. Ehrlich, Esq., Cantor Epstein and Mazzola, LLP, Counsel for Defendant 305 East 24th Owners Corp., 49 West 37th Street, 7th Floor, New York, New York 10016, on July 31, 2012.

Dated: New York, New York
         August 3, 2012

                                                  Respectfully submitted,

                                                  <u>/s/Adam Shore</u>
                                                  Adam T. Shore, Esq.
                                                  Law Offices of Adam Shore, PLLC
                                                  Attorney for Plaintiff
                                                  100 Park Avenue, Suite 1600
                                                  New York, New York 10017
                                                  (t) 646-476-4296
                                                  (f) 646-390-7422
                                                  atsesq@gmail.com