UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
TODD KREISLER,

                Plaintiff,              Case No.: 12 Civ. 4052 (PAE)
                                                    ECF CASE

     v.

                                                 **CERTIFICATE OF SERVICE**

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company,
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.
_____

       The undersigned hereby certifies a copy of the Amended Complaint was served via email upon: Gary S. Ehrlich, Esq., Cantor Epstein and Mazzola, LLP, Counsel for Defendant 305 East 24th Owners Corp., 49 West 37th Street, 7th Floor, New York, New York 10016, on this 3rd day of August, 2012.

Dated: New York, New York
          August 3, 2012

                                                        Respectfully submitted,

                                                        /s/Adam Shore
                                                        Adam T. Shore, Esq.
                                                        Law Offices of Adam Shore, PLLC
                                                        Attorney for Plaintiff
                                                       100 Park Avenue, Suite 1600
                                                        New York, New York 10017
                                                       (t) 646-476-4296
                                                       (f) 646-390-7422
                                                       atsesq@gmail.com