UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/12

------------------------------------------------------------X

Plaintiff,   Todd Kreisler

-v-

Defendant.   305 East 24th Owner Corp., et al.

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12cv4052    (PAE ) (JCF )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

☐ All such motions:

Plaintiff's counsel will contact the Magistrate Judge to schedule a settlement conference.

*Do not check if already referred for general pretrial.

Dated August 23, 2012

SO ORDERED:

Paul A. Engelmayer
United States District Judge