UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ADAM T. SHORE, ESQ.

TODD KREISLER

Plaintiff(s)

- against -

Index # 12 CIV 4052 (PAE)

KAIS ABID D/B/A PAPA JOHN'S, ETAL

Purchased August 3, 2012

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 21, 2012 at 10:50 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within AMENDED SUMMONS AND AMENDED COMPLAINT AND ORDER DATED JULY 31ST, 2012 on PARKER EAST 24TH APARTMENTS, LLC therein named,

**SECRETARY OF STATE** a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to CHAD MATICE, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 30 | 6'2 | 210 |

Sworn to me on: August 29, 2012

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**STEVEN C. AVERY**

Invoice #: 559716

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728