UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

TODD KREISLER,

                    Plaintiff,

          v.

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                    Defendants.

-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/12

Civil Action No.: 12 Civ. 4052 (PAE)
ECF CASE

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 22, 2012 with the filing of a Summons and Complaint.

A copy of the Amended Summons and Amended Complaint was served on defendant, KAIS ABID, d/b/a PAPA JOHN'S on August 21, 2012 upon Jose Luis, who identified himself as a co-worker of the Defendant. Proof of such service was filed on September 5, August 29, 2012.

I further certify that the docket entries indicate that the defendant, KAIS ABID, d/b/a PAPA JOHN'S, has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant, KAIS ABID, d/b/a PAPA JOHN'S, is hereby noted.

Dated:  New York, New York
        September 27th, 2012

                                        RUBY J. KRAJICK
                                        Clerk of the Court

                              By:  _____
                                   Deputy Clerk