```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TODD KREISLER,

                Plaintiff,

        v.

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.
------------------------------------------------------------- x

Civil Action No.: 12 Civ. 4052 (PAE)
ECF CASE

**ORDER TO SHOW CAUSE**

Upon the affidavit of Adam Shore, Esq., sworn to on October 10, 2012, and upon the copy of the attached proposed default judgment, copies of all pleadings, Affidavits of Service of the Summons and Complaint and the Affidavits of Service of the Amended Summons and Amended Complaint, and Certificates from the Clerk of the Court stating that no answer has been filed, it is ORDERED, that KAIS ABID d/b/a PAPA JOHN'S and PARKER EAST 24th APARTMENTS, LLC show before this Court at Room 240, United States Courthouse, 500 Pearl Street, New York, New York 10007, on _Nov. 2_, 2012, at _3:15 pm_, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure ordering an Entry of Final Default Judgment against defendants KAIS ABID d/b/a PAPA JOHN'S and PARKER EAST 24th APARTMENTS, LLC.

Dated: New York, New York
         October 10, 2012

It is further ordered that plaintiff shall serve a copy of this order on defendants by personal service on or before October 24, 2012.

_Paul A. Engelmayer_
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE