UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ADAM P. SHORE, ESQ.

---

TODD KREISLER

                                         Plaintiff(s)

            - against -

KAIS ABID D/B/A PAPA JOHN'S, ETANO

                                         Defendant(s)

Index # 12 CIV. 4052 (PAE)
Court Date November 2, 2012

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 17, 2012 at 01:30 PM at

C/O PAPA JOHN'S
432 SECOND AVENUE
NEW YORK, NY 10010

deponent served the within ORDER TO SHOW CAUSE on KAIS ABID D/B/A PAPA JOHN'S therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to JOSE LUIS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 30 | 5'8 | 165 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O PAPA JOHN'S
432 SECOND AVENUE
NEW YORK, NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 18, 2012 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 18, 2012

| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | **ANDRE MEISEL** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 564355 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728