UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TODD KREISLER,

                            Plaintiff,

                         Civil Action No.: 12 Civ. 4052 (PAE)
                         ECF CASE

     v.

                         **ORDER TO SHOW CAUSE**

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                            Defendants.
------------------------------------------------------------ x

      Upon the affirmation of Adam Shore, Esq., sworn to on November 5, 2012, and upon the copy of the attached proposed default judgment, copies of all pleadings, Affidavits of Service of the Summons and Complaint and the Affidavits of Service of the Amended Summons and Amended Complaint, and Certificates from the Clerk of the Court stating that no answer has been filed, it is ORDERED, that KAIS ABID d/b/a PAPA JOHN'S and PARKER EAST 24th APARTMENTS, LLC show cause before this Court in Room 240, United States Courthouse, 500 Pearl Street, New York, New York 10007, on December 10, 2012, at 11:00 a.m., why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure ordering an Entry of Final Default Judgment against defendants KAIS ABID d/b/a PAPA JOHN'S and PARKER EAST 24th APARTMENTS, LLC.

Dated: New York, New York
       November __7__, 2012

                                               Paul A. Engelmayer
                                               _____
                                               THE HONORABLE PAUL A. ENGELMAYER
                                               UNITED STATES DISTRICT JUDGE

