UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK    Attorney: ADAM P. SHORE, ESQ.

---

TODD KREISLER

Plaintiff(s)

- against -

KAIS ABID D/B/A PAPA JOHN'S, ETAL

Defendant(s)

Index # 12 CIV. 4052 (PAE)

Court Date December 10, 2012

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 13, 2012 at 05:34 PM at

C/O CYNTHIA M. WONG
118 W. 57TH STREET
NEW YORK, NY 10019

deponent served the within ORDER TO SHOW CAUSE on PARKER EAST 24TH APARTMENTS, LLC, A NEW YORK LIMITED LIABILITY COMPANY therein named.

BY LEAVING A TRUE COPY WITH CLAUDIA ILUC, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | WHITE | BROWN | 40 | 5'8 | 175 |

GLASSES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  November 14, 2012

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**ANDRE MEISEL**

License #: 1372356

Invoice #: 565545

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 – (212) 619-0728