UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Todd Kreisler

                Plaintiff(s),

    -against-

Kais ABID D/B/A as PAPA JOHN, et al.
                Defendant(s).

12 CIV.4052 (TAE)

**NOTICE OF APPEARANCE**

**PLEASE** take notice that The Law Firm of Barry N. Frank & Associates, PC hereby appears on behalf of Kais ABID, a defendant in this action, and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated : Jamaica, NY
       December 10, 2012

                               /s/
                          Barry N. Frank, Esq
                          148-03A Hillside Avenue
                          Jamaica, NY 11435
                          Tel: (201) 461-2500
                          Fax: (201) 482-0631