**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017

| Date | Subject | Time | Fees | Expenses |
|---|---|---|---|---|
| 04 06 2012 | Phone call from client stating denied access to Papa John's located at 432 Second Avenue when he visited his friend Chris, a quadriplegic, who lives nearby Papa John's | 0.2 | $85 | |
| 04 13 2012 | Viewed facility | 1.6 | $680 | |
| 04 20 2012 | Phone conversation with client re status of getting case started | 0.1 | $42.5 | |
| 04 20 2012 | Phone conversation with expert re conducting a pre-suit Inspection | 0.2 | $85 | |
| 04 23 2012 | Phone conversation with expert, Michael Tobias, P.E. re pre-suit inspection | 0.2 | $85 | |
| 04 23 2012 | Phone conversation with client regarding pre-suit inspection | 0.3 | $127.5 | |
| 04 23 2012 | Receipt of invoice from expert for $500 | 0.1 | $42.5 | |
| 05 4 2012 | Research on owner of Papa Johns and owner of property | 1.5 | $637.5 | |
| 05 4 2012 | Meeting with client, signing of retainer | 1.5 | $637.5 | |
| 05 17 2012 | Research on ADAAG standards | 0.7 | $297.5 | |
| 05 17 2012 | Preparation of Complaint | 1.5 | $637.5 | |
| 05 17 2012 | Preparation of Summons | 0.2 | $85 | |
| 05 17 2012 | Preparation of Civil Cover Sheet | 0.5 | $212.5 | |
| 05 18 2012 | Preparation/sent check to pre-suit inspector ($500) | 0.2 | $85 | $500 |
| 05 22 2012 | Review and revision to complaint | 0.3 | $127.5 | |
| 05 22 2012 | Preparation of check for filing | 0.2 | $85 | |
| 05 22 2012 | Filing of case with Clerk's office ($350) | 1.5 | $637.5 | $350 |
| 05 29 2012 | Preparation letter to process server re service | 0.2 | $85 | |

| Date | Subject | Time | Fees | Expenses |
|---|---|---|---|---|
| 05 29 2012 | Preparation of photocopies of documents and check sent to process server ($116) | 0.2 | $85 | $116 |
| 06 18 2012 | Phone conversation with Gary Ehrlich, Esq. regarding case. Master lease and sub-lease with Parker 24, Associates. May need to bring in Parker 24 Associates, 1700 Broadway. | 0.3 | $127.5 | |
| 06 18 2012 | Research on Parker 24 Associates | 0.3 | $127.5 | |
| 06 22 2012 | Research at State Supreme Court re Parker 24 Commercial Associates | 1.5 | $637.5 | |
| 06 25 2012 | Phone conversation with Gary Ehrlich re Parker 24 | 0.1 | $42.5 | |
| 06 25 2012 | Receipt and review of email from Gary Ehrlich, Esq. | 0.2 | $126 | |
| 06 26 2012 | Receipt and review of 305 East 24th Street Answer and Cross-claim | 0.5 | $212.5 | |
| 06 26 2012 | Receipt and review of initial pre-trial conference | 0.1 | $42.5 | |
| 06 28 2012 | Receipt and review of letter to Judge requesting extension of time to Answer | 0.1 | $42.5 | |
| 07 11 2012 | Receipt and review of letter and franchise agreement | 1.0 | $425 | |
| 07 12 2012 | Legal research on fanchisee/franchisor liability | 2.0 | $850 | |
| 07 18 2012 | Phone conversation with Jason Storipan | 0.2 | $85 | |
| 07 18 2012 | Phone conversation with Gary Ehrlich | 0.1 | $42.5 | |
| 07 18 2012 | Phone conversation with client | 0.2 | $85 | |
| 07 19 2012 | Drafting of Motion for Leave to File an Amended Complaint | 2.0 | $850 | |
| 07 19 2012 | Drafting of Amended Complaint | 1.0 | $425 | |
| 07 25 2012 | Receipt, review, editing and signing of stipulation of dismissal as to Papa John's USA | 0.5 | $212.5 | |
| 08 02 2012 | Review, editing and photocopying of Amended Complaint | 0.3 | $127.5 | |
| 08 02 2012 | Preparation of additional summons | 0.3 | $127.5 | |
| 08 03 2012 | Filing of Amended Summons and Amended Complaint at | 2.0 | $850 | |

| Date | Subject | Time | Fees | Expenses |
|---|---|---|---|---|
| | Courthouse | | | |
| 08 03 2012 | Preparation of proposed civil case management plan and correspondence and conversations with defense counsel regarding same. | 0.6 | $255 | |
| 08 13 2012 | Review of file | 0.2 | $85 | |
| 08 13 2012 | Preparation of letter in accordance with directives of the Notice of Pre-Trial Conference | 1.0 | $425 | |
| 08 17 2012 | Receipt and review of defendant 305's Answer | 0.3 | $127.5 | |
| 08 21 2012 | Review of file in preparation for initial conference | 0.2 | $85 | |
| 08 21 2012 | Court conference | 1.5 | $637.5 | |
| 08 21 2012 | Phone conversation w/process server: 215 East 24th Street served, request rush service on Papa John's | 0.2 | $85 | |
| 08 29 2012 | Review of file | 0.1 | $42.5 | |
| 08 29 2012 | Review of Affidavit of Service of Kais Abid d/b/a Papa John's | 0.1 | $42.5 | |
| 08 29 2012 | Filing of Affidavit of Service on CM/ECF | 0.2 | $85 | |
| 08 29 2012 | Review and Calendaring of Civil Case Management Plan and Order [DE 21] as well as Order referring case to Magistrate Judge for settlement conference | 0.1 | $42.5 | |
| 09 05 2012 | Receipt and review of Affidavit of Service as to Parker East 24th Apartments, LLC and filing on CM/ECF | 0.2 | $85 | |
| 09 07 2012 | Preparation and service of Initial Disclosures to defendants | 0.5 | $212.5 | |
| 09 13 2012 | Phone conversation with Paul Steinberg, Esq., attorney for Kais Abid d/b/a Papa John's discussing case. | 1.3 | $552.5 | |
| 09 21 2012 | Phone conversation with opposing counsel | 0.1 | $42.5 | |
| 09 24 2012 | Review of Judge's Rule regarding filing of Certificate of Default | 0.2 | $85 | |
| 09 24 2012 | Review of file | 0.2 | $85 | |

| Date | Subject | Time | Fees | Expenses |
|---|---|---|---|---|
| 09 24 2012 | Preparation of Clerk's Certificate of Default as to defendants' Kais Abid d/b/a Papa John's and Parker East 24th Owners Corp. | 0.3 | $127.5 | |
| 09 27 2012 | Preparation and serving of interrogatories and request for Production of documents in accordance with deadline set by Court | 2.0 | $850 | |
| 09 27 2012 | Clerk's Certificate signed by deputy clerk | 0.5 | $212.5 | |
| 10 01 2012 | Receipt of phone call and email from Gary Ehrlich re request for teleconference between counsel for parties | 0.1 | $42.5 | |
| 10 01 2012 | Phone conversation with Gary Ehrlich regarding possible settlement | 0.1 | $42.5 | |
| 10 08 2012 | Preparation of Order to Show Cause and Attorney Affidavit | 2.5 | $1062.5 | |
| 10 11 2012 | Brought Order to Show Cause to Courthouse to be So-Ordered | 2.0 | $850 | |
| 10 16 2012 | Preparation of letter to Process Server sent via fedex | 0.5 | $212.5 | |
| 10 23 2012 | Phone conversation with process server. Kias Abid served; Parker East 24th Apartments, LLC is going to be served today | 0.1 | $42.5 | |
| 11 01 2012 | Phone conversation with client in preparation of Order to Show Cause hearing | 0.2 | $85 | |
| 11 01 2012 | Review of file/preparation for Show Cause hearing | 0.3 | $127.5 | |
| 11 01 2012 | Review of Affidavits of Service pertaining to Show Cause Hearing and filing of Affidavits of Service on CM/ECF | 0.2 | $85 | |
| 11 01 2012 | Review of email from Court canceling Order to Show Cause Hearing due to effects from Hurricane Sandy | 0.1 | $42.5 | |
| 11 05 2012 | Phone call from Chambers re Order to Show Cause: Show Cause Hearing set for December 10, at 11:00 a.m. Bring new Order to Show Cause to Courthouse on Wednesday | 0.1 | $42.5 | |
| 11 05 2012 | Preparation of new Order to Show | 0.7 | $297.5 | |
| 11 05 2012 | Preparation of letter to United Process Service re service of process of Order to Show Cause | 0.1 | $42.5 | |
| 11 07 2012 | Brought Order to Show Cause to Courthouse to be So-Ordered | 1.5 | $637.5 | |

| Date | Subject | Time | Fees | Expenses |
|---|---|---|---|---|
| 11 30 2012 | Review and filing on ECF of Affidavits of Service of Order to Show Cause on defendants Kais Abid d/b/a Papa John's, and Parker East 24th Apartments, LLC | 0.2 | $85 | |
| 12 03 2012 | Phone conversation with Gary Ehrlich, Esq. regarding case and Possibility of resolving case | 0.2 | $85 | |
| 12 05 2012 | Check to United Process Service, Inc. for service of process of Amended Summons and Amended Complaints and October Order to Show Causes ($276) | 0.1 | $42.5 | $276 |
| 12 07 2012 | Phone conversations with Gary Ehrlich, Esq. re case, settlement conversation, and conference call with Barry Frank, Esq. attorney for Papa John's. | 0.7 | $297.5 | |
| 12 08 2012 | Phone conversation with client re case in preparation of show cause hearing | 0.3 | $127.5 | |
| 12 10 2012 | Show Cause Hearing, including travel time | 2.3 | $879.75 | |
| 12 10 2012 | Phone conversation with opposing counsel | 0.1 | $42.5 | |
| 12 10 2012 | Phone conversation with client about show cause hearing | 0.1 | $42.5 | |
| 12 10 2012 | Review of Notice of Appearance on behalf of Kais Abid | 0.1 | $42.5 | |
| 12 11 2012 | Phone conversation with Barry Frank, Esq. regarding case and proposed Case Management Plan | 0.1 | $42.5 | |
| 12 11 2012 | Phone conversation with Gary Erlich, Esq. regarding case | 0.3 | $127.5 | |
| 12 11 2012 | Preparation of proposed Civil Case Management Plan and Scheduling Order | 0.5 | $212.5 | |
| 12 11 2012 | Preparation of Motion for Attorney's Fees (.07) and Exhibits (.5) | 1.2 | $510 | |
| 12 11 2012 | Receipt, review and payment of Service of Process of Order to Show Cause pertaining to November | 0.1 | $42.5 | $130 |
| | TOTALS HOURS FEES AND EXPENSES FOR ADAM T SHORE, ESQ. | 47.5 | $20,187.5 | $1,372 |

**TOTAL = 21,559.5**