

```
Court Name: District Court
Division: 1
Receipt Number: 465401038985
Cashier ID: lcurtis
Transaction Date: 05/22/2012
Payer Name: THE LAW OFFICES OF ADAM SHOR
E
----------------------------------------
CIVIL FILING FEE
 For: THE LAW OFFICES OF ADAM SHORE
 Amount:       $350.00
----------------------------------------
CHECK
 Check/Money Order Num: 1001
 Amt Tendered: $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

12CV4052 PAE
```

# NEW YORK ENGINEERS LLC

Invoice
#120423

1385 BROADWAY FL 15
NEW YORK, NY 10018
(212) 589-7042

**Due date:**
May 23, 2012
Payments received after this date will be assessed a
penalty of 2.0%. Your total payment
would be $ 510.00

**Bill to:**

Law Offices of Adam Shore
100 Park Ave., Suite 1600
New York, NY 10017

**Date:** April 23, 2012
**PO Number:**
**Terms:** Net 30

| Description | Amount |
|---|---|
| ADA Pre-Suit Inspection<br>Papa Johns<br>432 2nd Av | $ 500.00 |
| | SubTotal: $ 500.00 |
| | Shipping: $ 0.00 |
| | Tax: $ 0.00 |
| | Total: $ 500.00 |

**Current Payables Summary**

| Current Open | 04/23/2012 - 03/24/2012 (0-30 Days) | 03/23/2012 - 02/23/2012 (31-60 Days) | 02/22/2012 - 01/24/2012 (61-90 Days) | Before 01/23/2012 (> 90 Days) | Total |
|---|---|---|---|---|---|
| $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 500.00 |

---

**THE LAW OFFICES OF ADAM SHORE, PLLC**
**OPERATING ACCOUNT**

1002
1-32/210 NY
38919

DATE 5/18/2012

PAY TO THE ORDER OF  New York Engineers, LLC          $ 500.00

Five hundred                                         DOLLARS

Bank of America
ACH R/T 021000322

FOR  Pre-suit Inspection Invoice 120423
Kreisler v. Papa Johns, etal.

# ALEXANDER, POOLE & COMPANY, INC.

"THE ATTORNEY'S SERVICENTER"

**CELEBRATING OVER 50 YEARS OF SERVICE!**

P.O. Box 69 • ALBANY, NEW YORK 12201
TELEPHONE (518) 436-0895 • FAX (518) 436-7366
TAX ID # 14-1482374

**Invoice #** 1209687
June 8, 2012

Law office of Adam Shore
Adam Shore Esq.
100 Park Avenue, Suite 1600
New York, NY 10017

**Your File #**

| | | | | |
|---|---|---|---|---|
| **Caption:** | *Todd Kreisler* | Plaintiff/Petitioner | Date Received: | 6/4/2012 |
| | vs | | Serve By Date: | |
| | *Papa John's USA, Inc. d/b/a Papa John's and 305 East 24th Owners Corp.* | Defendant/Respondent | Date Returnable: | |
| | | | Docket or ID #: | 12 cv 4052 |
| **Re:** | **Papa John's USA, Inc.** | | Court: | U. S. District |
| | | | County: | Southern Dist. |
| Docs. Served: | Summons & Complaint, Index # & Date of | Date Served: 6/5/2012 | Original: ☐ | We File: ☐ |
| OR | | Time Served: 3:15 pm | Server: Paula Cole | |
| Svc. Provided: | | Place Served: | | |

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 6/4/2012 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 6/5/2012 | Svc. on Secretary of State-Regular (Svc.Fee Prepaid) | $18.00 | |
| 6/4/2012 | Advance Payment by Customer ck 1003 (116) | | $58.00 |
| | **Total Service Fees and Total Fees Prepaid:** | **$58.00** | **$58.00** |

There will be a $25.00 late charge added to all past due accounts.
Fees 30 days past due will accrue interest at the rate of 1.5% per month
plus any reasonable costs of collection. Fed I.D.# 14-1482374

**Total Amount Due =** $0.00

**Remarks:**

**Payable upon receipt. Please pay from this invoice.**
Please detach and return this section with your payment. Make checks payable to Alexander Poole & Co., Inc.
*There will be a $25.00 service fee on all returned checks*
**We now accept eChecks, Visa, Mastercard and Discover**

Law office of Adam Shore
Adam Shore Esq.
100 Park Avenue, Suite 1600
New York, NY 10017

**Alexander, Poole & Co., Inc.
P.O. Box 69
Albany, New York, 12201**

Invoice•Work Order #: 1209687
Invoice Date: June 8, 2012
Attorney's ID#: ███

**Total Amount Due=** $0.00

**Amount Paid**_____

# ALEXANDER, POOLE & COMPANY, INC.

"THE ATTORNEY'S SERVICENTER"

**CELEBRATING OVER 50 YEARS OF SERVICE!**

P.O. BOX 69 • ALBANY, NEW YORK 12201
TELEPHONE (518) 436-0895 • FAX (518) 436-7366
TAX ID # 14-1482374

**Invoice #** 1209689
June 8, 2012

Law office of Adam Shore
Adam Shore Esq.
100 Park Avenue, Suite 1600
New York, NY 10017

**Your File #**

| | | | |
|---|---|---|---|
| **Caption:** | *Todd Kreisler* <br> vs <br> *Papa John's USA, Inc. d/b/a Papa John's and 305 East 24th Owners Corp.* | Plaintiff/Petitioner <br><br> Defendant/Respondent | Date Received: 6/4/2012 <br> Serve By Date: <br> Date Returnable: <br> Docket or ID #: 12 cv 4052 <br> Court: U. S. District <br> County: Southern Dist. |
| **Re:** | 305 East 24th Owners Corp. | | |

Docs. Served: Summons & Complaint, Index # & Date of
OR
Svc. Provided:

Date Served: 6/5/2012
Time Served: 3:15 pm
Place Served:

Original: ☐  We File: ☐
Server: Paula Cole

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 6/4/2012 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 6/5/2012 | Svc. on Secretary of State-Regular (Svc.Fee Prepaid) | $18.00 | |
| 6/4/2012 | Advance Payment by Customer ck 1003 (116) | | $58.00 |
| | **Total Service Fees and Total Fees Prepaid:** | **$58.00** | **$58.00** |

There will be a $25.00 late charge added to all past due accounts.
Fees 30 days past due will accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Fed I.D.# 14-1482374

**Total Amount Due =** $0.00

**Remarks:**

## Payable upon receipt. Please pay from this invoice.

Please detach and return this section with your payment. Make checks payable to Alexander Poole & Co., Inc.
*There will be a $25.00 service fee on all returned checks*
**We now accept eChecks, Visa, Mastercard and Discover**

Law office of Adam Shore
Adam Shore Esq.
100 Park Avenue, Suite 1600
New York, NY 10017

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

Invoice•Work Order #: 1209689
Invoice Date: June 8, 2012
Attorney's ID#: ▬

**Total Amount Due=** $0.00

**Amount Paid** _____

THE LAW OFFICES OF ADAM SHORE, PLLC
OPERATING ACCOUNT

1003
1 32/210 NY
38919

DATE 5/09/2012

PAY TO THE ORDER OF Alexander Poole & Co, Inc.

$ 116 00/100

One-hundred sixteen ———————————— DOLLARS

Bank of America
ACH R/T 021000322

FOR Service of Process 12cv4052
Kreisler v. Papa John's, et al.

## Monthly Statement

**ADAM T. SHORE, ESQ.**
**100 PARK AVENUE**
**SUITE 1600**
**NEW YORK, NY 10017**

**United Process Service, Inc.**
315 Broadway, 3rd Floor
New York, NY 10007-1121
(212) 619-0728
Fax (212) 619-2288
E-Mail: info@unitedprocess.com
FEIN 13-3225909

Account #: ▓▓▓

| Description | Charge | Open Amt. |
|---|---|---|

**Current Items:**

| | | |
|---|---|---|
| **Invoice #:** 559716 | | |
| **Plaintiff:** TODD KREISLER | Basic Service Charge | $49.00 |
| **Defendant:** KAIS ABID D/B/A PAPA JOHN'S, ETAL | Charge Advancing Fee | $7.00 |
| **Recipient:** PARKER EAST 24TH APARTMENTS, LLC | Fees Advanced | $40.00 |
| **Date of Service:** 08/21/12 AMENDED SUMMONS AND AMENDED COMPLAINT AND ORDER DATED JULY 31ST, 2012 | | $96.00 |

| | | |
|---|---|---|
| **Invoice #:** 559718 | | |
| **Plaintiff:** TODD KREISLER | Basic Service Charge | $49.00 |
| **Defendant:** KAIS ABID D/B/A PAPA JOHN'S, ETAL | Mailing Fees | $1.00 |
| **Recipient:** KAIS ABID, D/B/A PAPA JOHN'S | | $50.00 |
| **Date of Service:** 08/21/12 AMENDED SUMMONS AND AMENDED COMPLAINT AND ORDER DATED JULY 31ST, 2012 | | |

## *Monthly Statement*

8411 - ADAM T. SHORE, ESQ.

|  |  |
|---|---|
| Current Month Billings: | $146.00 |
| Previous Billings: | $0.00 |
| Open Payments/Credits: | $0.00 |
| **Total:** | **$146.00** |

| *Current* | *31-60 Days* | *61-90 Days* | *Over 90 Days* |
|---|---|---|---|
| $146.00 | $0.00 | $0.00 | $0.00 |

**Please remit your payment before October 05, 2012**

Note: When your account is in arrears, only the current month billings are itemized. To view the previous billings in detail, please go to www.unitedprocess.com/clients and login using your username and password. To obtain them, please call Joel Graber at 212-619-0728.

---

### *FREQUENT SERVER PROGRAM (FSP)*

- *Annual credited FSP points needed to receive reward:* **5,000**
- *FSP points accumulated for 2012:* **98**
- *Additional FSP points needed for reward:* **4,902**
- *Total FSP points credited:* **0**

*Your FSP account will be credited upon receipt of payment in full for services rendered. You will receive a 2% rebate, refund or gift. Please visit www.unitedprocess.com for terms and conditions for the Frequent Server Program.*

---

**Joel's Monthly Message:** Please note that United Process will be closed on September 26 for Yom Kippur and October 8 for Columbus Day. When submitting documents for service or filing, please include a note/letter of instructions so we are clear about what you want United to do. Effective July 20, 2012, there was a new Request for Judicial Intervention (RJI) form issued. The county clerks throughout the state will be rejecting the old forms in a very short time. The form can be obtained on my website at www.unitedprocess.com and through a google search under UCS-840. Please visit my website for affidavit information and duplicate invoices, monthly statements and case reports that will list all of your disbursements so you can submit when you settle a case.     Joel Graber, Pres.

Printed On: Monday, September 10, 2012

Page 2

# Monthly Statement

**ADAM T. SHORE, ESQ.**
**100 PARK AVENUE**
**SUITE 1600**
**NEW YORK, NY 10017**

**United Process Service, Inc.**
315 Broadway, 3rd Floor
New York, NY 10007-1121
(212) 619-0728
Fax (212) 619-2288
E-Mail: info@unitedprocess.com
FEIN 13-3225909

Account #: [Redacted]

| Description | Charge | Open Amt. |
|---|---|---|

*Past Items:*

| 8/31/12 | Invoice | Services for August, 2012 | $146.00 | $146.00 |

*Current Items:*

**Invoice #:** 564355
**Plaintiff:** TODD KREISLER
**Defendant:** KAIS ABID D/B/A PAPA JOHN'S, ETANO
**Recipient:** KAIS ABID D/B/A PAPA JOHN'S
**Date of Service:** 10/17/12  ORDER TO SHOW CAUSE

Rush Service — $80.00
Mailing Fees — $1.00
$81.00

**Invoice #:** 564356
**Plaintiff:** TODD KREISLER
**Defendant:** KAIS ABID D/B/A PAPA JOHN'S, ETANO
**Recipient:** PARKER EAST 24TH APARTMENTS, LLC A NEW YORK LIMITED COMPANY
**Date of Service:** 10/23/12  ORDER TO SHOW CAUSE

Basic Service Charge — $49.00
$49.00

Printed On:   Friday, November 16, 2012

Page 1

## *Monthly Statement*

8411 - ADAM T. SHORE, ESQ.

| | |
|---|---:|
| Current Month Billings: | $130.00 |
| Previous Billings: | $146.00 |
| Open Payments/Credits: | $0.00 |
| Total: | $276.00 |

| *Current* | *31-60 Days* | *61-90 Days* | *Over 90 Days* |
|---|---|---|---|
| $130.00 | $0.00 | $146.00 | $0.00 |

Please remit your payment before December 11, 2012

*Please Pay Overdue Balances Promptly*

Note: When your account is in arrears, only the current month billings are itemized. To view the previous billings in detail, please go to www.unitedprocess.com/clients and login using your username and password. To obtain them, please call Joel Graber at 212-619-0728.

### FREQUENT SERVER PROGRAM (FSP)

- *Annual credited FSP points needed to receive reward:* **5,000**
- *FSP points accumulated for 2012:* **227**
- *Additional FSP points needed for reward:* **4,773**
- *Total FSP points credited:* **0**

*Your FSP account will be credited upon receipt of payment in full for services rendered. You will receive a 2% rebate, refund or gift. Please visit www.unitedprocess.com for terms and conditions for the Frequent Server Program.*

**Joel's Monthly Message:** Please note that United Process Service will be closed on November 22-23 for Thanksgiving. If you are requesting a free pick-up from us whether in midtown or downtown, please go to the home page at www.unitedprocess.com and click the 'man on the scooter' icon on the right side and follow the instructions instead of calling our office. There have been times where there have been duplicate requests for a pickup, denial that there was a request, your office wasn't open, etc. As I am providing this as a free accomodation to my clients, it is difficult for me to allot additional time and energy to this endeavor, so please ONLY USE THE ICON. If you cannot, please call my office to make other arrangements. Thank you for understanding.   Joel Graber, Pres.



Statement

Page 1 of 1

 - **ADAM T. SHORE, ESQ.**

Back to Client Services Home

UNITED

SERVICE

## Monthly Charges for November 2012

This is the detailed list (and total) of all charges billed for the month selected. Statements earlier than October 1997 are not available on-line.
Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Case Description | Service | Charge |
|---|---|---|
| **Work Ticket #:** 565545<br>**Plaintiff:** TODD KREISLER<br>**Defendant:** KAIS ABID D/B/A PAPA JOHN'S, ETAL<br>**Recipient:** PARKER EAST 24TH APARTMENTS, LLC, A NEW YORK LIMITED LIABILITY COMPANY<br>**Date of Service:** 11/13/12<br>**Type of Papers:** ORDER TO SHOW CAUSE | Rush Service | $80.00<br>$80.00 |
| **Work Ticket #:** 565546<br>**Plaintiff:** TODD KREISLER<br>**Defendant:** KAIS ABID D/B/A PAPA JOHN'S, ETAL<br>**Recipient:** KAIS ABID D/B/A PAPA JOHN'S<br>**Date of Service:** 11/16/12<br>**Type of Papers:** ORDER TO SHOW CAUSE | Mailing Fees<br>Basic Service Charge | $1.00<br>$49.00<br>$50.00 |

***Total: $130.00***

[Top]   [Back to Client Services Home]

http://www.unitedprocess.com/clients/invoice.cfm?InvYear=2012&InvMo...      12/11/2012

