UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

TODD KREISLER,

                Plaintiff,

v.                           **Civil Action No. 12 Civ. 4052 (PAE)**
                               **ECF CASE**

KAIS ABID d/b/a PAPA JOHN'S,      **CERTIFICATE OF SERVICE**
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company,
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.

--------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

      I hereby certify that I served a copy of the Plaintiff's Motion for Attorney's Fees as to defendant PARKER EAST 24th APARTMENTS, LLC and its attached Exhibits, [DE 35], as well as the Final Default Judgment as to defendant PARKER EAST 24TH APARTMENTS, LLC, and its attached exhibit, [DE 34], via priority mail, via certified mail return receipt requested, [tracking number: 7011 1570 0001 4794 8520], upon PARKER EAST 24th APARTMENTS, LLC, c/o Cynthia Wong, 118 W. 57th Street, New York, New York, 10019, on this 12th day of December.

Dated: December 12, 2012
       New York, New York

                                                  Respectfully submitted,

                                                  /s/ Adam T. Shore
                                                  Adam T. Shore, Esq.
                                                  Law Offices of Adam Shore, PLLC
                                                  Attorney for Plaintiff
                                                  100 Park Avenue, Suite 1600
                                                  New York, New York 10017
                                                  (t) 646-476-4296
                                                  (f) 646-390-7422