UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TODD KREISLER,

                Plaintiff,

  v.                        **Civil Action No. 12 Civ. 4052 (PAE)**
                              **ECF CASE**

KAIS ABID d/b/a PAPA JOHN'S,      **CERTIFICATE OF SERVICE**
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company,
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.

-------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

      I hereby certify that I served a copy of the Order and Judgment dated December 14, 2012 and its attached Exhibit, [DE 39], via regular mail, certified mail return receipt requested, [tracking number: 7012 2920 0000 4620 0955], upon PARKER EAST 24th APARTMENTS, LLC, 118 W. 57th Street, New York, New York, 10019, on this 18th day of December.

Dated: New York, New York
          December 18, 2012

                                            Respectfully submitted,

                                            /s/ Adam T. Shore
                                            Adam T. Shore, Esq.
                                            Law Offices of Adam Shore, PLLC
                                            Attorney for Plaintiff
                                            100 Park Avenue, Suite 1600
                                            New York, New York 10017
                                            (t) 646-476-4296
                                            (f) 646-390-7422