UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

KAIS ABID d/b/a PAPA JOHN'S USA, INC. et al.,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12 Civ. 4052 (PAE) ( )

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that KAIS ABID d/b/a PAPA JOHN'S USA, INC. et al.,
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of December 14, 2012 in the amount of $7,073.17 against defendant Parker East 24th Apartments, LLC
*(describe the judgment)*

entered in this action on the 17th day of December, 2012.
*(date)*     *(month)*     *(year)*

/s/ Barry N. Frank, Esq.
*Signature*

440 WEST STREET, 3RD FLOOR
*Address*

FORT LEE, NEW YORK 07024
*City, State & Zip Code*

DATED: JANUARY 15, 2013     (201) 461 - 2500
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007