UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TODD KREISLER,

                Plaintiff,

      v.

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.
------------------------------------------------------------ x



Civil Action No.: 12 Civ. 4052 (PAE)
ECF CASE

**ORDER TO SHOW CAUSE**

      Upon the affirmation of Adam Shore, Esq., sworn to on January 17, 2013, and upon the copy of the attached proposed default judgment, copies of all pleadings, Affidavits of Service of the Summons and Complaint and the Affidavits of Service of the Amended Summons and Amended Complaint, and Certificate from the Clerk of the Court stating that no answer has been filed, it is ORDERED, that KAIS ABID d/b/a PAPA JOHN'S show cause before this Court in by attorney declaration ~~Room 240, United States Courthouse, 500 Pearl Street, New York, New York 10007,~~ on Jan. 24, 2013, ~~at~~ _____, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure ordering an Entry of Final Default Judgment against defendant KAIS ABID d/b/a PAPA JOHN'S.

Dated: New York, New York
        January 17th, 2013

                                          *Paul A. Engelmayer*
                               THE HONORABLE PAUL A. ENGELMAYER
                               UNITED STATES DISTRICT JUDGE