Index # 12 cv 4052

Attorney(s):

Purchased/Filed: May 22, 2012

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Todd Kreisler

Plaintiff

against

Papa John's USA, Inc. d/b/a Papa John's and 305 East 24th Owners Corp.

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 24 Yrs.

Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White

Hair color: Brown   Other: _____

_____ Paula Cole _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   June 5, 2012   , at   3:15 pm   , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons & Complaint, Index # & Date of Filing Endorsed Thereon

on _____ Papa John's USA, Inc. _____, the Defendant in this action, by delivering to and leaving with   Chad Matice   , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   $40   dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

5th day of   June, 2012

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

Paula Cole

**Invoice-Work Order #** 1209687

Index # 12 cv 4052
Attorney(s): 
Purchased/Filed: May 22, 2012

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Todd Kreisler

Plaintiff

against

Papa John's USA, Inc. d/b/a Papa John's and 305 East 24th Owners Corp.

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 24 Yrs.
Weight: 175 Lbs. Height: 6' 1" Sex: Male Color of skin: White
Hair color: Brown Other:

Paula Cole, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 5, 2012, at 3:15 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons & Complaint, Index # & Date of Filing Endorsed Thereon

on 305 East 24th Owners Corp., the Defendant in this action, by delivering to and leaving with Chad Matice AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

5th day of June, 2012

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

Paula Cole

Invoice•Work Order # 1209689

TODD KREISLER

Plaintiff(s)

Index # 12 CIV 4052 (PAE)

- against -

Purchased August 3, 2012

AIS ABID D/B/A PAPA JOHN'S, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 21, 2012 at 10:50 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within AMENDED SUMMONS AND AMENDED COMPLAINT AND ORDER DATED JULY 31ST, 2012 on PARKER EAST 24TH APARTMENTS, LLC therein named,

SECRETARY OF STATE — a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to CHAD MATICE, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 30 | 6'2 | 210 |

Sworn to me on: August 29, 2012

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**STEVEN C. AVERY**

Invoice #: 559716

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728