UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TODD KREISLER,

                Plaintiff,

v.                                    Civil Action No.: 12 Civ. 4052 (PAE)
                                      ECF CASE

KAIS ABID d/b/a PAPA JOHN'S,          **CLERK'S CERTIFICATE**
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company,
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.
--------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 22, 2012 with the filing of a Summons and Complaint.

      A copy of the Amended Summons and Amended Complaint was served on defendant, KAIS ABID, d/b/a PAPA JOHN'S on August 21, 2012 upon Jose Luis, who identified himself as a co-worker of the Defendant. Proof of such service was filed on September 5, 2012. Defendant, KAIS ABID d/b/a PAPA JOHN'S has not filed an answer or otherwise moved with respect to the Amended Complaint.

      I hereby certify that the docket entries indicate that the defendant, KAIS ABID, d/b/a PAPA JOHN'S, has not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of the defendant, KAIS ABID, d/b/a PAPA JOHN'S, is hereby noted.

Dated: New York, New York
            January 17, 2013

                                                  RUBY J. KRAJICK
                                                  Clerk of the Court

                                      By: _____
                                                  Deputy Clerk