UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TODD KREISLER,

                Plaintiff,

        v.

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                Defendants.
------------------------------------------------------------ x

Civil Action No.: 12 Civ. 4052 (PAE)
ECF CASE

**FINAL DEFAULT JUDGMENT**

      This action having been commenced on May 22, 2012 by the filing of the Summons and Complaint, and a copy of the Amended Summons and Amended Complaint having been served on KAIS ABID d/b/a PAPA JOHN'S, on August 21, 2012, and proof of service having been filed on August 29, 2012, and defendant, KAIS ABID d/b/a PAPA JOHN'S, having failed to answer the Amended Complaint, and the time for answering the Amended Complaint having expired, it is:

      ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER has judgment against defendant KAIS ABID d/b/a PAPA JOHN'S, requiring said defendant to correct the barriers on PAPA JOHN'S premises that constitute violations of the ADA, NYSHRL, and/or NYCHRL, as well as the following architectural barriers within ninety (90) days, including, but limited to:

        i.    Provide an accessible entrance by installing a ramp with appropriate slope, or otherwise provide an accessible and properly designated entrance with the international symbol of accessibility.

ii. Provide signage addressing people with disabilities telling them that accessible services are provided.

iii. Provide adequate directional and accurate informational signage.

iv. Provide accessible fixed seating within the restaurant.

v. Provide an accessible counter, at an accessible height, where patrons dine in Papa John's.

ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER, has judgment for an award of attorney's fees, expert fees, expenses and costs as it relates to this matter and the and said motion shall be filed within fourteen (14) days of entry of this Final Default Judgment.

Dated: New York, New York

_____

SO ORDERED:

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE