UNITED STATES DISTRIC COURT
SOUTHER DISTRICT OF NEW YORK

Todd **Kreisler**,

       Plaintiff,
  v.

**Kais Abid**,
*d/b/a PAPA JOHN's*;
**Parker East 24th Amartments LLC**,
*A New York Limited Liabiltiy Company*;
**305 East 24th Owners Corp.**,
*A New York Corporation*

       Defendants.

12 civ. 4052(PAE)

**CERTIFICATION OF DILIGENT INQUIRY**

I, Alan H. Bernstein, certify as follows:

1. On January 24, 2013 I traveled to Albany, New York
2. I searched the Department of State Records in Albany to determine if the entity PARKER 24 COMMERCIAL ASSOCIATES, LLC. is an entity that has been properly registered with the Secretary of State.
3. Received in return a letter from First Deputy Secretary of State to the fact that no such document has been registered no has such a document been created and deposited with the Department of State.

January 24, 2013

              */s/ Alan H. Bernstein*
              Alan H. Bernstein

# State of New York
# Department of State    } ss:

I hereby certify, that a diligent examination has been made of the index of corporation, limited partnership and limited liability company certificates filed by this department for a Certificate of Incorporation or Limited Partnership or Articles of Organization for PARKER 24 COMMERCIAL ASSOCIATES LLC and that upon such examination, no such Certificate of Incorporation , Certificate of Limited Partnership or Articles of Organization has been found on file with this Department.



\*\*\*

*WITNESS my hand and the official seal of the Department of State at the City of Albany, this 23rd day of January two thousand and thirteen.*

*First Deputy Secretary of State*

*201301240450  16*