**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
ashore@lawofficesofadamshore.com

*MEMO ENDORSED*

January 25, 2013

VIA E-MAIL
Hon. Paul A Engelmayer
Unites States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re: Kreisler v. Abid, et al.
Case No. 12 Civ. 4052 (PAE)

Dear Judge Engelmayer:

I represent the Plaintiff, Todd Kreisler, in the above referenced matter. Defendant Abid filed an Omnibus Motion [Dkt. 54] on January 24, 2013. Plaintiff's Opposition Motion is currently due on or before February 7, 2013. The undersigned will be out of state, on vacation, from January 28, 2013 to February 1, 2013, and therefore respectfully respects an extension of time, until February 15, 2013 to respond to the Plaintiff's Motion. There have been no previous requests for an adjournment to respond to the Motion. Counsel for defendant 305 East 24th Owners has consented. Counsel for defendant Abid has not consented, indicating the Court will be scheduling a hearing date.

Plaintiff's counsel also respectfully requests an additional thirty (30) days to file a Second Motion to Amend the Complaint, for the purpose of, *inter alia,* adding an additional defendant, Kam Four, Inc. Attached hereto is an amended civil case management plan.

Thank you.

Respectfully submitted,

/s/Adam Shore
Adam T. Shore, Esq.

Enc.

cc: VIA E-MAIL
Gary S. Ehrlich, Esq.
Cantor, Epstein & Mazzola, LLP
w/enc.

*Handwritten endorsement:* An extension of time to respond to defendant Abid's motion is granted to February 15, 2013. Defendants are directed to respond to plaintiff's request to amend his complaint.

1/30/13

**SO ORDERED:**

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

<u>VIA E-MAIL</u>
Barry N. Frank, Esq.
w/enc.