```
I ♡ NEW YORK

HACK #:   05129561
MED #         4G69
DATE: 02/01/2013
START TIME  13:28
END TIME    13:35
TRIP #       23360
RATE No.         1
STAND. CITY RATE
MILES R1      1.15
FARE1  $      7.00
ST. SUR       0.50
GR.TOT.       7.50

Contact TLC Dial
     3-1-1
```

```
MED#            7L73
DRIVER:      5345041
02/01/13 TR 2614
START  END MILES
13:37 13:42  1.1
REGULAR FARE
RATE 1:$     6.00
SURCH: $     0.00
STSRCH:$     0.50
TOTAL: $     6.50
    THANKS
TO CONTACT TLC
  DIAL 3-1-1
```