**New York State Department of Taxation and Finance**
Sales Tax Registration
W A Harriman Campus
Albany NY 12227-0001

KAM FOUR, INC.
PAPA JOHN'S PIZZA
521 SAN JUAN AVE
VENICE  CA  90291-3326

New York State Department of Taxation and Finance
## Certificate of Authority

**VALIDATED**

**09/07/2007**

Dept of Tax and Finance

Identification number
**743194669**

(Use this number on all returns and correspondence)



KAM FOUR, INC.
PAPA JOHN'S PIZZA
432 2ND AVE
NEW YORK  NY  10010-4002

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law.

**Nontransferable**
This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
This certificate may not be photocopied or reproduced.

DTF-17-A (7/03)     COP0000469 2501700                           Photographs - copyright of NYS Empire State Development