THE CITY OF NEW YORK          DOCUMENT NO. 925931

DEPARTMENT OF HEALTH AND MENTAL HYGIENE

THIS PERMIT OR CERTIFICATE OF QUALIFICATION IS ISSUED TO THE PERMITTEE AND PREMISES
OR THE CERTIFICATE HOLDER DESIGNATED HEREON. IT IS GRANTED UNDER CONDITIONS OF
COMPLIANCE WITH PROVISIONS OF THE HEALTH CODE AND REGULATIONS THEREUNDER.

## PERMIT OR CERTIFICATE OF QUALIFICATION

CAMIS ID : 41288280

EXPIRATION DATE: 09/30/2013

"IF THE PERMITTEE / LICENSEE, OR HIS EMPLOYEES OR AGENTS, REFUSE TO
ANSWER QUESTIONS IN RELATION TO THIS PERMIT / LICENSE AFTER BEING
GRANTED TESTIMONIAL OR USE IMMUNITY, THIS PERMIT / LICENSE MAY BE
REVOKED, OR OTHER APPROPRIATE ACTION TAKEN."

TRANSFERABLE

PMT NO: H25 1267672 FS

DATE: 08/21/2012

DUE

SERVICE ESTABL.

KAM FOUR, INC.
PAPA JOHNS PIZZA
432 2 AVENUE STORE
NEW YORK          NY    10010

PREMISE: 432    2 AVENUE STORE
         NEW YORK NY 10010

POST CONSPICUOUSLY
THIS PERMIT TO OPERATE A FOOD SERVICE ESTABLISHMENT DOES NOT
RELIEVE THE OPERATOR FROM COMPLIANCE WITH ALL APPLICABLE
PROVISIONS OF THE NEW YORK CITY BUILDING CODE, ZONING RULES
AND REGULATIONS, AND OTHER APPLICABLE LAWS AND REGULATIONS.
PURSUANT TO NEW YORK CITY CHARTER SECTION 645, THE ABOVE
PREMISES MAY NOT BE USED OR OCCUPIED UNTIL A CERTIFICATE
OF OCCUPANCY HAS BEEN ISSUED BY THE NEW YORK COMMISSIONER
OF BUILDINGS.

COMMISSIONER OF HEALTH AND MENTAL HYGIENE