UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

KAIS ABID d/b/a Papa John's, Parker East 24th Apartments, LLC,

a NewYork limited liability company, and 305 East 24th Owners

Corp., a New York corporation
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12 Civ. 4052 (PAE) (   )

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that KAIS ABID, Defendant
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Denying Defendant's motion for an extension of time to file an appeal with regard to the Default Judgment

*(describe the judgment)*

s/ entered against Defendant Parker East 24th Apartments LLC on December 11, 2012

entered in this action on the 22nd day of January, 2013.
         *(date)*           *(month)*       *(year)*

s/ Barry N. Frank, Esq.
Signature

440 West Street, 3rd Floor
Address

Fort Lee, New Jersey  07024
City, State & Zip Code

DATED: February  12 , 2013           (201) 482 - 0633
                                      Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*