```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TODD KREISLER,

                        Plaintiff,                              12 Civ. 4052 (PAE)

        -v-                                                     ORDER

KAIS ABID, PARKER EAST 24TH APARTMENTS,
LLC, and 305 EAST 24TH OWNERS CORP.

                        Defendants.
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

In order to allow defendants to respond to plaintiff's anticipated amended complaint, the conference scheduled for March 15, 2013, at 1:30 p.m. is hereby adjourned to April 17, 2013, at 3:30 p.m.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 27, 2013
       New York, New York

1