**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
ashore@lawofficesofadamshore.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/13

March 5, 2013

**MEMO ENDORSED**

VIA E-MAIL
Hon. Paul A. Engelmayer
Unites States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re: **Kreisler v. Abid, et al.**
 **Case No. 12 Civ. 4052 (PAE)**

Dear Judge Engelmayer:

I represent the Plaintiff, Todd Kreisler, in the above referenced matter.

Plaintiff, by and through and his undersigned counsel, respectfully requests permission to reply to Barry Frank's "Response Pursuant to Court Order of 28 Feb 2013" [Dkt. 65] as well as the underlying motion.

Thank you.

Respectfully submitted,

/s/Adam Shore
Adam T. Shore

*Granted. Plaintiff shall submit a response by March 11, 2013.*

**SO ORDERED:**

3/4/13   Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

cc: VIA E-MAIL
Gary S. Ehrlich, Esq.
Cantor, Epstein & Mazzola, LLP

VIA E-MAIL
Barry N. Frank, Esq.
Law Firm of Barry N. Frank & Associates, PC