LAW OFFICES OF ADAM SHORE, PLLC
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
ashore@lawofficesofadamshore.com

March 6, 2013

VIA E-MAIL
Hon. Paul A. Engelmayer
Unites States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Kreisler v. Abid, et al.
    Case No. 12 Civ. 4052 (PAE)

Dear Judge Engelmayer:

I represent the Plaintiff, Todd Kreisler, in the above referenced matter. Plaintiff, by and through his undersigned counsel, respectfully requests an extension of time to respond to Barry Frank's "Response Pursuant to Court Order of 28 Feb 2013" [Dkt. 65] as well as the underlying motion, "Defendant Abid's Motion for Clarification of the Court's Order". [Dkt. 61]. The Plaintiff's response is currently due on March 5, 2013. There have been no previous requests for an extension of time. Local Rule 6.1 (b) provides, in pertinent part, that any answering memorandum shall be served with fourteen days of the moving papers and reply memoranda is due within seven days. Counsel for Plaintiff was not given the opportunity to respond to defense counsel's Motion for Reconsideration. The undersigned is currently working on other matters and therefore respectfully requests an extension of time of fourteen (14) days to respond to defense counsel's Motion for Clarification of the Court's Order. Counsel for each of the appearing defendants has consented to this request.

Respectfully submitted,

/s/Adam Shore
Adam T. Shore

cc: VIA E-MAIL
    Gary S. Ehrlich, Esq.
    Cantor, Epstein & Mazzola, LLP

    VIA E-MAIL
    Barry N. Frank, Esq.
    Law Firm of Barry N. Frank & Associates, PC

*Plaintiff's time to respond to defendant Abid's submissions is extended to March 19, 2013.*

**SO ORDERED:**

3/6/13

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE