UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
TODD KREISLER,

        Plaintiff,

  -against-

KAIS ABID, d/b/a PAPA JOHN'S, KAM FOUR, INC., a New York corporation, d/b/a/ PAPA JOHN'S, PARKER EAST 24th APARTMENTS, LLC, a New York limited liability company, PARKER COMMERCIAL 24th ASSOCIATES, a New York limited partnership, and 305 EAST 24th OWNERS CORP., a New York corporation,

        Defendants.

------------------------------------------------------- X

**Civil Action No.: 12 CIV 4052 (PAE)**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John W. Egan, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendants PARKER EAST 24th APARTMENTS, LLC and PARKER 24 COMMERCIAL ASSOCIATES, L.P. (incorrectly referenced in the caption as "PARKER COMMERCIAL 24th ASSOCIATES") in the above-captioned matter. John W. Egan hereby certifies that he is admitted to practice in this Court.

Date:  March 13, 2013

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ John W. Egan
    John W. Egan
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5291
    Facsimile: (917) 344-1332
    jegan@seyfarth.com

15369218v.2