UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
TODD KREISLER,

        Plaintiff,

  -against-

KAIS ABID, d/b/a PAPA JOHN'S, KAM FOUR, INC., a New York corporation, d/b/a/ PAPA JOHN'S, PARKER EAST 24th APARTMENTS, LLC, a New York limited liability company, PARKER COMMERCIAL 24th ASSOCIATES, a New York limited partnership, and 305 EAST 24th OWNERS CORP., a New York corporation,

        Defendants.

------------------------------------------------------- X

**Civil Action No.: 12 CIV.4052 (PAE)**

**DISCLOSURE STATEMENT**
**UNDER FED. R. CIV. P. 7.1**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant PARKER EAST 24TH APARTMENTS, LLC, a nongovernmental corporate party, by and through its undersigned counsel certifies that: (1) it does not have a parent corporation; and (2) there is no publicly held corporation owning 10 percent or more of the its stock.

Dated: New York, New York
       March 13, 2013

                       SEYFARTH SHAW LLP

                       By:   /s/ John W. Egan
                           John W. Egan
                           620 Eighth Avenue
                           New York, New York 10018
                           (212) 218-5500