UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

TODD KREISLER,

        Plaintiff,

  -against-

KAIS ABID, d/b/a PAPA JOHN'S, KAM FOUR, INC., a New York corporation, d/b/a/ PAPA JOHN'S, PARKER EAST 24th APARTMENTS, LLC, a New York limited liability company, PARKER COMMERCIAL 24th ASSOCIATES, a New York limited partnership, and 305 EAST 24th OWNERS CORP., a New York corporation,

        Defendants.

------------------------------------------------------- X

**Civil Action No.: 12 CIV.4052 (PAE)**

**DISCLOSURE STATEMENT
UNDER FED. R. CIV. P. 7.1**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant PARKER 24 COMMERCIAL ASSOCIATES, L.P. (incorrectly identified in the caption as "PARKER COMMERCIAL 24th ASSOCIATES"), a nongovernmental corporate party, by and through its undersigned counsel certifies that: (1) it is a limited partnership and there is a General Partner who is 305 East 34th Commercial Corp.; and (2) there is no publicly held corporation owning 10 percent or more of its stock.

Dated: New York, New York
       March 13, 2013

                            SEYFARTH SHAW LLP

                          By:   /s/ John W. Egan
                              John W. Egan
                              620 Eighth Avenue
                              New York, New York 10018
                              (212) 218-5500

15372111v.1