UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TODD KREISLER,

                       Plaintiff,

            v.

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company
and 305 EAST 24TH OWNERS CORP.,
a New York corporation,

                       Defendants.
------------------------------------------------------------x

Civil Action No.: 12 Civ. 4052 (PAE)
ECF CASE

**FINAL DEFAULT JUDGMENT AS TO DEFENDANT PARKER EAST 24th APARTMENTS, LLC ONLY**

       This action having been commenced on May 22, 2012 by the filing of the Summons and Complaint, and a copy of the Amended Summons and Amended Complaint having been served on PARKER EAST 24th APARTMENTS, LLC, on August 21, 2012, and proof of service having been filed on September 5, 2012, and the defendant, PARKER EAST 24th APARTMENTS, LLC, having failed to answer the Amended Complaint, and the time for answering the Amended Complaint having expired, it is:

       ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER has judgment against defendant PARKER EAST 24th APARTMENTS, LLC requiring said defendant to correct the barriers on PAPA JOHN'S premises that constitute violations of the ADA, NYSHRL, and/or NYCHRL, as well as the following architectural barriers within ninety (90) days, including, but limited to:

           i.     Provide an accessible entrance by installing a ramp with appropriate slope, or otherwise provide an accessible and properly designated

      entrance, such as an ADA-approved portable ramp and an appropriately marked buzzer.

  ii. Provide signage addressing people with disabilities telling them that accessible services are provided.

  iii. Provide adequate directional and accurate informational signage.

  iv. Provide accessible fixed seating within the restaurant.

  v. Provide an accessible counter, at an accessible height, where patrons dine in Papa John's.

ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER, has judgment against defendant, PARKER EAST 24th APARTMENTS, LLC, to compensate the Plaintiff one-thousand dollars ($1000.00) in compensatory damages based on defendant PARKER EAST 24th APARTMENTS, LLC violation of the New York City Human Rights Law and the New York State Human Rights Law within thirty (30) days.

ORDERED, ADJUDGED AND DECREED: Plaintiff, TODD KREISLER, has judgment for an award of attorney's fees, expert fees, expenses and costs as it relates to this matter, a motion for which shall be filed within fourteen (14) days of entry of this Final Default Judgment.

This Order does not resolve any claims against the remaining two defendants—305 East 24th Owners Corp. and Kais Abid d/b/a Papa John's.

Dated: December 11, 2012
   New York, New York

               *Paul A. Engelmayer*
              THE HONORABLE PAUL A. ENGELMAYER
              UNITED STATES DISTRICT JUDGE