**From:** Cynthia Wong [mailto:cwong@jackparkercorp.com]
**Sent:** Monday, September 10, 2012 10:55 AM
**To:** 'Kais abid'
**Subject:** RE: Lawsuit

But is he answering on our behalf?

=================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel:  212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.  Thank you.

**From:** Kais abid [mailto:kais.abid@gmail.com]
**Sent:** Monday, September 10, 2012 10:17 AM
**To:** Cynthia Wong
**Subject:** Re: Lawsuit

Yes an attorney is taking care of the case

On Mon, Sep 10, 2012 at 5:31 AM, Cynthia Wong <cwong@jackparkercorp.com> wrote:
Hi

I was served with a lawsuit concerning your store regarding ADA?  Did you hire a lawsuit to respond?  Under the lease, you are also to indemnify the landlord and the coop board.

Please advise

=================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.  Thank you.

--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.