**From:** Cynthia Wong [mailto:cwong@jackparkercorp.com]
**Sent:** Thursday, November 08, 2012 5:57 PM
**To:** 'Gary Ehrlich'; 'Paul@PaulSteinbergLaw.com'
**Subject:** RE: Kreisler v. Papa Johns

What time on Monday?

================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**From:** Gary Ehrlich [mailto:ehrlich@cem-law.com]
**Sent:** Thursday, November 08, 2012 5:58 PM
**To:** Paul@PaulSteinbergLaw.com; Cynthia Wong
**Subject:** RE: Kreisler v. Papa Johns

Monday works for me. Cynthia?

Gary Ehrlich
Cantor, Epstein & Mazzola, LLP
49 West 37th Street, 7th Floor
New York, NY 10018
212-768-4343 x152
ehrlich@cem-law.com
www.cantorepstein.com

**From:** Paul@PaulSteinbergLaw.com [mailto:Paul@PaulSteinbergLaw.com]
**Sent:** Thursday, November 08, 2012 5:46 PM
**To:** Gary Ehrlich; Cynthia Wong
**Cc:** Kais abid
**Subject:** RE: Kreisler v. Papa Johns

Can we do Monday? I just got power back last night, and am way backed up tomorrow.

-------- Original Message --------
Subject: Kreisler v. Papa Johns
From: Gary Ehrlich <ehrlich@cem-law.com>
Date: Thu, November 08, 2012 12:43 pm
To: Cynthia Wong <cwong@jackparkercorp.com>,
"Paul@paulsteinberglaw.com" <Paul@paulsteinberglaw.com>

1

I hope you both survived the storms and are warm and safe.

I have just received notice that plaintiff's OSC for a default is scheduled for 12/10 before J. Engelmayer.

I was hoping that the three of us could speak to discuss if a resolution of this matter is worth pursuing. Please let me know if you are available for a conference call either this afternoon or tomorrow morning.

Gary Ehrlich
Cantor, Epstein & Mazzola, LLP
49 West 37th Street, 7th Floor
New York, NY 10018
212-768-4343 x152
ehrlich@cem-law.com
www.cantorepstein.com