**From:** Kais abid [mailto:kais.abid@gmail.com]
**Sent:** Tuesday, December 11, 2012 11:23 AM
**To:** Cynthia Wong
**Subject:** Re: Kreisler v. Kais Abid

im disappointed too. i thought that attorneys already talked to each other and did the necessary. will try to cure.

On Mon, Dec 10, 2012 at 3:02 PM, Cynthia Wong <cwong@jackparkercorp.com> wrote:
Kais:

I am very disappointed to find out that you did not indemnify Landlord or appear on Landlord's behalf today and the court will issue a default judgment against Landlord. Let me remind you that under the Lease Agreement which states:

**Indemnification/Hold Harmless** Tenant shall, to the fullest extent permitted by law and at its own cost and expense, defend, indemnify and hold Landlord its partners, directors, officers, employees, servants, representatives and agents harmless from and against any and all claims, loss, (including attorneys' fees, witnesses' fees and all court costs), damages, expense and liability (including statutory liability), resulting from injury and/or death of any person or damage to or loss of any property, or any lawsuit, arising out of any negligent or wrongful act, error or omission or breach of contract, in connection with the operations of Tenant except to the extent caused by the gross negligence or willful misconduct of Landlord or its employees, agents or contractors. The foregoing indemnity shall include injury or death of any employee of Tenant and shall not be limited in any way by an amount or type of damages, compensation or benefits payable under any applicable Workers Compensation, Disability Benefits or other similar employee benefits acts.

**I will be seeking a vacatur of the default and any and all attorneys fees incurred by Landlord, Landlord shall seek to recover from Tenant.**

==================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
Cell: 718-755-4513
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**From:** Paul@PaulSteinbergLaw.com [mailto:Paul@PaulSteinbergLaw.com]
**Sent:** Tuesday, December 04, 2012 12:24 PM
**To:** Gary Ehrlich

1

**Cc:** Cynthia Wong; bnfrankesq@gmail.com
**Subject:** RE: Kreisler v. Kais Abid

You can send the appropriate paperwork for signature over to Barry Frank, Esq (Law Office of Barry Frank); his email is listed above, pdf or MSWord format is best.

Regards,
--Paul

Paul Steinberg (212) 529-5400

-------- Original Message --------
Subject: Kreisler v. Kais Abid
From: Gary Ehrlich <ehrlich@cem-law.com>
Date: Mon, November 26, 2012 10:22 am
To: "Paul@PaulSteinbergLaw.com" <Paul@PaulSteinbergLaw.com>
Cc: Cynthia Wong <cwong@jackparkercorp.com>

I am following up on our previous conversation where we discussed your client taking over the defense of this action for all defendants and indemnifying the coop and its landlord. Please advise me if your client is willing to do so.

Gary Ehrlich
Cantor, Epstein & Mazzola, LLP
49 West 37th Street, 7th Floor
New York, NY 10018
212-768-4343 x152
ehrlich@cem-law.com
www.cantorepstein.com

--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.