UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK — Attorney: ADAM P SHORE, ESQ.

---

TODD KREISLER

                                      Plaintiff(s)      Index # 12 CV 4052 (PAE)

- against -

KAIS ABID, D/B/A PAPA JOHN'S, ETAL

                                      Defendant(s)     **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 7, 2013 at 04:22 PM at

C/O CYNTHIA WONG
118 W. 57TH STREET
NEW YORK, NY 10019

deponent served the within SECOND AMENDED SUMMONS AND SECOND AMENDED COMPLAINT on PARKER COMMERCIAL 24TH ASSOCIATES therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to RAFAEL SUSANA a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 35 | 5'10 | 210 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O CYNTHIA WONG
118 W. 57TH STREET
NEW YORK, NY 10019

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 8, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 8, 2013

| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | **ANDRE MEISEL** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 573032 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728