Case 1:12-cv-04052-PAE   Document 39   Filed 12/14/12   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TODD KREISLER,

                              Plaintiff,

             -v-

KAIS ABID d/b/a PAPA JOHN'S USA, INC. et al.,

                              Defendants.
------------------------------------------------------------------X

12 Civ. 4052 (PAE)

ORDER & JUDGMENT

PAUL A. ENGELMAYER, District Judge:

     The Court has received plaintiff's motion for attorney's fees and costs relating to Parker East 24th Apartments, LLC, against which the Court has entered default judgment.

     The motion is granted, although the Court *sua sponte* reduces counsel's hours by 0.8 hours for time spent on purely administrative tasks, such as preparation of a civil cover sheet and making photocopies. The Court therefore finds that plaintiff's counsel's total hours are 46.7, for a total of $21,219.50 in fees and expenses. The one-third of that amount properly allocated to Parker East 24th Apartments, LLC, is $7,073.17.

     The Court hereby enters judgment for plaintiff for attorney's fees in the amount of $7,073.17.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 14, 2012
       New York, New York