**From:** Cynthia Wong [mailto:cwong@jackparkercorp.com]
**Sent:** Thursday, September 27, 2012 2:30 PM
**To:** 'Kais abid'
**Subject:** RE: Lawsuit

How about 3 pm.

================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**From:** Kais abid [mailto:kais.abid@gmail.com]
**Sent:** Thursday, September 27, 2012 2:26 PM
**To:** Cynthia Wong
**Subject:** Re: Lawsuit

afternoon 2:30pm - 3:00pm? thanx

On Thu, Sep 27, 2012 at 7:02 PM, Cynthia Wong <cwong@jackparkercorp.com> wrote:
I have another meeting at 10 to 11.

================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**From:** Kais abid [mailto:kais.abid@gmail.com]
**Sent:** Thursday, September 27, 2012 1:57 PM

**To:** Cynthia Wong
**Subject:** Re: Lawsuit

10:00 am ??

On Thu, Sep 27, 2012 at 6:52 PM, Cynthia Wong <cwong@jackparkercorp.com> wrote:
How early and how late?

================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.  Thank you.

**From:** Kais abid [mailto:kais.abid@gmail.com]
**Sent:** Thursday, September 27, 2012 1:49 PM

**To:** Cynthia Wong
**Subject:** Re: Lawsuit

sorry for the short notice but i was wandering if we can make it earlier in the morning or later in the afternoon.only if its possible. Thank you

On Tue, Sep 25, 2012 at 6:36 PM, Cynthia Wong <cwong@jackparkercorp.com> wrote:
My office at 11:30?

================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.  Thank you.

**From:** Kais abid [mailto:kais.abid@gmail.com]
**Sent:** Monday, September 24, 2012 7:10 PM
**To:** cwong@jackparkercorp.com
**Subject:** Re: Lawsuit

Friday is perfect  just let me know what time and the exact address.

On Mon, Sep 24, 2012 at 12:33 PM, <cwong@jackparkercorp.com> wrote:
How about Friday?
Sent via BlackBerry by AT&T

**From:** Kais abid <kais.abid@gmail.com>
**Date:** Mon, 24 Sep 2012 17:34:43 +0100
**To:** Cynthia Wong<cwong@jackparkercorp.com>
**Subject:** Re: Lawsuit

Hi

i wanted to ask you if its possible to meet Thursday or Friday of this week.
So we can discuses and finalize the issue with rent and the (ADA)Law suite. Thank you

On Mon, Sep 10, 2012 at 1:31 PM, Cynthia Wong <cwong@jackparkercorp.com> wrote:
Hi

I was served with a lawsuit concerning your store regarding ADA?  Did you hire a lawsuit to respond?  Under
the lease, you are also to indemnify the landlord and the coop board.

Please advise

==================
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel:  212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do
not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by
replying to this message and then delete it from your system.  Thank you.


--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.


--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.


--
regards
kais.abid@gmail.com.

tel : 347 992 9108.
fax: 212 608 9659.


--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.


--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.