From: **Cynthia Wong** <cwong@jackparkercorp.com>
Date: Thu, Oct 11, 2012 at 6:01 AM
Subject: Papa John
To: Kais abid <kais.abid@gmail.com>

HI

I have not heard back from your attorney. We need to resolve the ADA issue as soon as possible. They already have taken a default for not answering the complaint.

===============
Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.

1