This Exhibit will be subject to an application for filing in redacted form under Individual Practice Rule 4(B)