**From:** Cynthia Wong [mailto:cwong@jackparkercorp.com]
**Sent:** Wednesday, October 17, 2012 10:17 AM
**To:** 'Kais abid'
**Cc:** 'Paul@PaulSteinbergLaw.com'
**Subject:** 432 Second Avenue - Papa John

As discussed, a notice of appearance should be served on the plaintiff's counsel, so no default is entered. The November 2 date is an Order to Show cause for entry of a Default Judgment against Kais Abid and Parker East 24. At this time, I ask that you indemnify us and appear on behalf of landlord as well.

================

Cynthia M. Wong
The Jack Parker Corporation
118 West 57th Street
New York, New York 10019
Tel: 212-333-3353 Ext. 6215
Fax: 212-333-3466
cwong@jackparkercorp.com

Please Note: The information contained in this email message is a PRIVATE communication. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

1