**From:** Paul@PaulSteinbergLaw.com [mailto:Paul@PaulSteinbergLaw.com]
**Sent:** Tuesday, December 04, 2012 12:24 PM
**To:** Gary Ehrlich
**Cc:** Cynthia Wong; bnfrankesq@gmail.com
**Subject:** RE: Kreisler v. Kais Abid

You can send the appropriate paperwork for signature over to Barry Frank, Esq (Law Office of Barry Frank); his email is listed above, pdf or MSWord format is best.

Regards,
--Paul

Paul Steinberg (212) 529-5400


-------- Original Message --------
Subject: Kreisler v. Kais Abid
From: Gary Ehrlich <ehrlich@cem-law.com>
Date: Mon, November 26, 2012 10:22 am
To: "Paul@PaulSteinbergLaw.com" <Paul@PaulSteinbergLaw.com>
Cc: Cynthia Wong <cwong@jackparkercorp.com>

I am following up on our previous conversation where we discussed your client taking over the defense of this action for all defendants and indemnifying the coop and its landlord. Please advise me if your client is willing to do so.

Gary Ehrlich
Cantor, Epstein & Mazzola, LLP
49 West 37th Street, 7th Floor
New York, NY 10018
212-768-4343 x152
ehrlich@cem-law.com
www.cantorepstein.com


--
regards
kais.abid@gmail.com.
tel : 347 992 9108.
fax: 212 608 9659.