UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TODD KREISLER,

               Plaintiff,

   v.

KAIS ABID d/b/a PAPA JOHN'S,
KAIS ABID, d/b/a PAPA JOHN'S,
KAM FOUR, INC., a New York corporation,
d/b/a PAPA JOHN'S, PARKER EAST 24th
APARTMENTS, LLC, a New York limited
liability company, PARKER COMMERCIAL
24TH ASSOCIATES, a New York limited
partnership, and 305 EAST 24TH OWNERS
CORP., a New York corporation,

               Defendants.

**Civil Action No. 12 Civ. 4052 (PAE)**
**ECF CASE**

**CERTIFICATE OF SERVICE**

-------------------------------------------------------X

STATE OF NEW YORK   )
                             )  ss:
COUNTY OF NEW YORK  )

     I hereby certify that I served a copy of the Plaintiff's Expert Report via overnight mail on counsel for the appearing defendants, Gary Ehrlich, Esq., John Egan, Esq., and Barry Frank, Esq., on this 15th day of March.

Dated: March 15, 2013
       New York, New York

                                                Respectfully submitted,

                                                */s/ Adam T. Shore*
                                                Adam T. Shore, Esq.
                                                Law Offices of Adam Shore, PLLC
                                                Attorney for Plaintiff
                                                100 Park Avenue, Suite 1600
                                                New York, New York 10017
                                                (t) 646-476-4296
                                                (f) 646-390-7422