# THE JACK **PARKER** CORPORATION
### NEW YORK

January 10, 2013

<u>VIA MESSENGER</u>
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
100 Park Avenue
Suite 1600
New York, NY 10017

Re: <u>Kreisler v. Abid et al.</u>, Civil Action No. 12-Civ. 4052 (PAE) (S.D.N.Y)

Dear Mr. Shore:

Enclosed please find a check in the amount of $1,000, which represents payment ordered by the Court in its Order dated December 11, 2012.

Thank you.

Very truly yours,

Cynthia M. Wong

Encl.

cc: John Egan, Esq.
    Minh Vu, Esq.

| Property Address - Code | Invoice - Date | Description | Amount |
|---|---|---|---|
| 305 East 24th Commercial Associat | 11/12 - 12/11/2012 | | 1,000.00 |
| | | | 1,000.00 |

**Parker 24 Commercial Associates**
305 East 24th Street
New York, NY 10010

Bank of New York Mellon
New York, NY 10286

168

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**** ONE THOUSAND AND 00/100 DOLLARS

01/10/2013     $1,000.00***

TO THE
ORDER OF

Todd Kreisler c/o
Law Offices of Adam Shore, PLLC
100 Park Ave Suite 1600
New York, NY  10017

AUTHORIZED SIGNATURES