UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Todd **KREISLER**,

                Plaintiff,

            v.

Kais **ABID**,
*d/b/a PAPA JOHN'S;*
**KAM FOUR INC**,
*A New York Corporation d/b/a/ Papa John's,*
**PARKER EAST 24TH APARTMENTS LLC**,
*A New York Limited Liability Company;*
**PARKER COMMERCIAL 24TH ASSOCIATES**,
*A New York Limited Partnership,*
**305 EAST 24TH OWNERS CORP.**,
*A New York Corporation*
                Defendants.

12 civ. 4052 (PAE)

RULE 7.1 DISCLOSURE

Pursuant to FRCP 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Kam Four Inc (a private non-governmental party) certifies that said defendant has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Kam Four Inc is an operating entity of Kais Abid, and is the operator of a Papa John's pizza franchise pursuant to a franchise agreement naming Kais Abid as franchisee. Papa John's is a trade name of Papa John's International Inc, which is a publicly-traded company listed on NASDAQ under the ticker symbol PZZA.

Ft. Lee, New Jersey
    March 21, 2013

    **Law Firm of Barry N. Frank & Associates PC**
        *Attorneys for the Defendant, Kais Abid*
        *Attorneys for the Defendant, Kam Four Inc*

        BY:_____/s/  Barry N. Frank, Esq.
        440 West Street, 3rd Floor
        Fort Lee, New Jersey   07024-5028
        (201) 461-2500