**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
ashore@lawofficesofadamshore.com

March 13, 2013

VIA E-MAIL
Hon. Paul A. Engelmayer
Unites States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

    Re:    **Kreisler v. Abid, et al.**
                 **Case No. 12 Civ. 4052 (PAE)**

Dear Judge Engelmayer:

      I represent the Plaintiff, Todd Kreisler, in the above referenced matter.

      Plaintiff objects to counsel for Parker 24th Apartments, LLC and Parker 24th Commercial Associates, L.P.'s request to file a document under seal as requested in its March 13th letter to the Court. Paul Steinberg, Esq. never filed a notice of appearance in this action and moreover, is not admitted to practice in the Southern District of New York. Furthermore, defense counsel's request states the document to be filed under seal, an email dated October 12, 2012 from Paul Steinberg, Esq., contains a legal strategy for responding to Plaintiff's claim. Counsel for defendant has not set forth an adequate legal basis for filing a document under seal in his letter to the Court. In addition, the email may contain information relevant to the prosecution of this matter. The Plaintiff respectfully requests the Court Order the document requested to be sealed, which was provided to the Court and counsel for the other parties to this action, be immediately provided to the counsel for the Plaintiff.

      Thank you.

                                               Respectfully submitted,

                                               */s/Adam Shore*
                                               Adam T. Shore

cc:    Gary S. Ehrlich, Esq.
        Barry N. Frank, Esq.
        John W. Egan, Esq.