**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
ashore@lawofficesofadamshore.com

March 18, 2013

<u>VIA E-MAIL</u>
Hon. Paul A. Engelmayer
Unites States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

    Re:  **Kreisler v. Abid, et al.**
            **Case No. 12 Civ. 4052 (PAE) (JF)**

Dear Judge Engelmayer:

    Counsel for defendants Parker East 24th Apartments, LLC and Parker 24 Commercial Associates, filed a Motion pursuant to Rule 60(b)(1) to vacate two default judgments on March 13, 2013. The motion includes an exhibit that the moving party requests to be filed in redacted form. Although the document was not provided to Plaintiff's counsel, the aforementioned document was provided to the co-defendants' attorneys. The document allegedly pertains to an email dated October 12, 2012 from Paul Steinberg, Esq., which purportedly contains a legal strategy for responding to Plaintiff's claim. This email may be relevant to the Plaintiff's response to the moving party's Motion to Vacate the Default Judgments. As such, counsel for Plaintiff requests an extension of time to respond the defendant's Motion brought under Fed. R. Civ. 60 (b)(1) and F.R.E. 408. Thank you for your consideration of this request.

                              Respectfully submitted,

                              */s/Adam Shore*
                              Adam T. Shore

cc:    John W. Egan, Esq.
        Seyfarth Shaw, LLP

        Gary S. Ehrlich, Esq.
        Cantor, Epstein & Mazzola, LLP

        Barry N. Frank, Esq.
        Law Office of Barry N. Frank, P.C.