# A-1 — PLOT PLAN, NOTES & DETAILS

**CHERICO KING ARCHITECT, P.C.**
Registered Architect
86 YONKERS AVENUE
TUCKAHOE, NEW YORK 10707
TEL (914) 337-6800, Fax (914) 337-3607
E-mail: c.king@chericoarchitects.com

| VERSIONS | NO. | DATE | DESCRIPTION |
|---|---|---|---|
| | | 2-26-07 | ISSUED FOR BUILDING REVIEW |
| | 01 | 2-26-07 | ISSUED FOR FILING |
| | 02 | 6-26-07 | ISSUED FOR FILING |

GENERAL CONTRACTOR:

PAPA JOHN'S INTERNATIONAL, INC.
2002 PAPA JOHN'S BLVD.
LOUISVILLE, KENTUCKY 40299

CERTIFICATE OF AUTHORIZATION
SIGNATURE AND SEAL
PROFESSIONAL LICENSE NUMBER

PROJECT LOCATION:
"PAPA JOHN'S PIZZA"
STORE RENOVATION
432 2nd Ave.
NEW YORK, NY 10010

PROJECT NUMBER: CK07-008
SCALE: AS NOTED
DATE: 2/19/07    DRAWN BY: C.K.
DRAWING TITLE: PLOT PLAN, NOTES & DETAILS
DRAWING NUMBER: **A-1**



## PLOT PLAN
SCALE: 1" = 40'-0"

E. 24th STREET
E. 25th STREET
SECOND AVE.
BSMT GARAGE
13 STORY
13 STORY
EXISTING 20 STORY MASONRY
AREA OF WORK @ 1st FLOOR ONLY

BLOCK   930
LOT     1
ZONE    C1-8
MAP     8D

### SCOPE OF WORK:
RENOVATE EXISTING RETAIL STORE FOR "PAPA JOHN'S" PIZZA STORE (EATING & DRINKING ESTABLISHMENT, USE GROUP #6) ON 1st FLOOR. INSTALL PARTITION & PLUMBING WORK. NO CHANGE IN USE, EGRESS OR OCCUPANCY.

### ITEMS OF CONTROLLED INSPECTION:
FIRESTOPPING                                27-345
FINAL INSPECTION                            DIRECTIVE – 14
VENTILATION SYSTEM – ENGINEER / INSTALLER   27-136, 779   (BY HVAC CONTRACTOR)
VENTILATION SYSTEM – FIRE DAMPERS           27-343 (d) 779 (BY HVAC CONTRACTOR)



NYC ZONING MAP, #27B
http://www.nyc.gov/html/dcp/pdf/zone/map27b.pdf

NOTE: STREETS FOR THE STREET MAP RANGE C140508MMR ARE SHOWN ON THIS MAP PRIOR TO BECOMING EFFECTIVE IN ORDER TO LOCATE ZONING DISTRICT BOUNDARIES

NYC SANDBORN MAP
NOTE: Where no dimensions for zoning

## DRAWING INDEX:

A-1  PLOT PLAN, NOTES & DETAILS
A-2  FLOOR PLAN
A-3  INTERIOR ELEVATIONS & SCHEDULE
A-4  FINISH FLOOR PLAN

H-01  HVAC SYMBOLS, NOTES, ABBREVIATION & SCHEDULES
H-02  HVAC DEMOLITION & INSTALLATION PLANS
H-03  HVAC INSTALLATION PLAN
H-04  HVAC DETAILS
H-05  HVAC DETAILS
H-06  HVAC SPECIFICATIONS

E-1  ELECTRICAL SYMBOLS, NOTES, ABBREVIATIONS & SCHEDULES
E-2  ELECTRICAL POWER & LIGHTING
E-3  SUB-CELLAR & CELLAR FLOOR PLANS
E-4  ELECTRICAL SPECIFICATIONS

P-01  PLUMBING SYMBOLS, NOTES, ABBREVIATIONS & SCHEDULES
P-02  PLUMBING INSTALLATION PLAN
P-03  PLUMBING SPECIFICATIONS



**1 — NONE RATED INTERIOR PARTITION**
S.T.C. RATING: NONE
FIRE RATING: NONE
LIMITING HEIGHT: 13'-5"
- UNDER SIDE OF FLOOR
- 3-1/2" METAL RUNNER
- LINE OF FINISH CEILING
- FINISH AS REQUIRED
- TAPE AND SPACKLE JOINTS IN WALL BOARD EACH SIDE
- 5/8" THICK TYPE "X" F.C. 60 GYPSUM WALL BOARD EACH SIDE
- 5" NOMINAL
- 4 3/4" ACTUAL
- 3-1/2" METAL STUDS @ 16" O.C.
- BASE AS REQUIRED
- FINISH FLOOR
- 3-1/2" METAL STUDS BASE RUNNER SECURELY ATTACHED TO EXISTING FLOOR WITH ANCHOR BOLTS

**2 — TWO HOUR FIRE RATED SHAFTWALL**
- I-STUD
- 1" FIRE-SHIELD SHAFTLINER
- 1-5/8" TYPE S or S-12 SCREWS 12"O.C.
- 1" TYPE S or S-12 SCREWS

**LAY-IN-TYPE ACCOUSTICAL PANEL HUNG CEILING** (1 HOUR RATED)
- EXISTING FLOOR CONSTRUCTION
- EXISTING 1 HR CEILING
- APP'D CLIP SECURED W(2) 2" NAILS
- 1/4" HANGING ROD @ 4'-0" O.C.
- LAY-IN ACOUSTICAL TILES
- 1 1/2" C.R. CHANNEL @ 4'-0" O.C.
- APPROV CLIP – 1" SECTION
NOTE: FIRE STOP ALL CONCEALED SPACES @ 2,500 SQ FT. INTERVALS (N.T.S.) BSRA CAL. # 72/59 SM

NOTE:
ALL NEW OPENINGS & PENETRATIONS ON ANY EXISTING CONC. SLAB, ROOF & LOAD BEARING WALLS INCLUDING ANY STRUCUTRAL RELATED WORK ARE TO BE SHOWN ON SEPARATE ENGINEER'S SIGNED & SEALED PLANS.

## GENERAL NOTES

1. CONTRACTOR TO CHECK AND VERIFY ALL MEASUREMENTS AND DIMENSIONS AND ACTUAL CONDITIONS AT SITE, AND BE HELD RESPONSIBLE FOR SAME. CONTRACTOR TO OBTAIN ALL PERMITS AND FEES TO START AND COMPLETE ALTERATION. UPON COMPLETION OF JOB, CONTRACTOR IS TO SUPPLY OWNER WITH A LETTER OF COMPLETION.
2. A STATEMENT SHALL BE FILED BY THE OWNER, THAT THE SYSTEM OF VENTILATION WILL BE KEPT IN CONTINUOUS OPERATION AT ALL TIMES DURING THE NORMAL OCCUPANCY OF THE STRUCTURE AS PROVIDED IN THE APPLICATION LAWS AS FILED BY THE LICENSED PROFESSIONAL OR OTHER QUALIFIED PERSON WHO CONDUCTED THE TEST OF THE SYSTEM AND NOT UNTIL THE STATEMENT OF THE OWNER IS FILED.
3. ALL PLUMBING WORK SHALL BE IN ACCORDANCE WITH REQUIREMENTS OF CHAPTER 26, ARTICLE 16 AND REFERENCE STANDARD RS-16 OF THE NYC BUILDING CODE.
4. ALL WATER SUPPLIES SHALL BE OVER THE RIM OR SHALL BE PROVIDED WITH APPROVED VACUUM BREAKER FOR WATER CLOSET FLUSH VALVES, HOW BIBBS, ETC.
5. ALL NOTES, DIMENSIONS, DETAILS AND JOB CONDITIONS ARE TO BE CHECKED AND VERIFIED, ANY DISCREPANCY SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT/ENGINEER PRIOR TO COMMENCEMENT OF WORK.
6. ALL REQUIRED AND NECESSARY PERMITS SHALL BE SECURED FROM ALL MUNICIPAL AGENCIES HAVING JURISDICTION AT THE COST AND EXPENSE OF THE CONTRACTOR AND PRIOR TO START OF WORK AND HE SHALL OBTAIN APPROVAL OF ALL COMPLETED WORK AS REQUIRED BY NEW YORK CITY ADMINISTRATIVE CODE AND ALL REQUIRED AGENCIES.
7. EACH CONTRACTOR WILL BE HELD RESPONSIBLE FOR HIS WORK. THE GENERAL CONTRACTOR SHALL VERIFY ALL DIMENSIONS AND CONDITIONS OF THE BUILDINGS AND WILL BE RESPONSIBLE FOR THE JOINING OF WORK OF ALL TRADES.
8. ALL MATERIALS, ASSEMBLIES AND METHODS OF CONSTRUCTION NOT LISTED AS CONTROLLED INSPECTION, SHALL BE SUBJECT TO SEMICONTROLLED INSPECTION BY THE PERSON SUPERVISING. ALL CONSTRUCTION SIGNED COPIES OF INSPECTION REPORTS SHALL BE FILED THROUGH THE ARCHITECT/ENGINEER WITH THE DEPARTMENT.
9. THE CONTRACTOR SHALL FAMILIARIZE HIMSELF WITH THE REQUIREMENTS OF ARTICLE 19 "SAFETY OF PUBLIC AND PROPERTY DURING CONSTRUCTION OPERATIONS" AND SHALL BE HELD RESPONSIBLE FOR THE SAFE MAINTENANCE AS PRESCRIBED THEREIN UNTIL COMPLETION OF THE WORK.
10. CONTRACTOR SHALL PROVIDE ALL SHORING, BRACING, BARRICADES, TEMPORARY FENCES, PARTITIONS AND EXCAVATIONS TO ACCOMPLISH ALL OF THE WORK IN AN APPROVED MANNER, AS PER SECTION C26-1908.2.
11. NO DRAWINGS TO BE SCALED, DIMENSIONS ARE TO BE USED.
12. THE CONTRACTOR OR PERSON WHO SUPERVISED OR SUPERINTENDED THE WORK IS REQUIRED TO BE PRESENT AT FINAL INSPECTION WITH BUILDING DEPARTMENT INSPECTOR, C26-1980.2.
13. ALL CONSTRUCTION SHALL BE IN ACCORDANCE WITH THE RULES AND REGULATIONS OF THE NEW YORK CITY BUILDING CODE.
14. ALL ELECTRIC WORK TO COMPLY WITH THE N.Y.C. B.C.
15. ALL MATERIAL AND EQUIPMENT INSTALLED BY THE CONTRACTOR SHALL BE NEW AND THAT THE JOB IS BROOM SWEPT.
16. THE ARCHITECT/ENGINEER HAS NOT BEEN RETAINED TO SUPERVISE ANY CONSTRUCTION OR INSTALLATION FOR ANY EQUIPMENT.

## PLUMBING NOTES

1. ALL PLUMBING WORK SHALL BE IN ACCORDANCE WITH REQUIREMENTS OF CHAPTER 26, ARTICLE 16 AND REFERENCE STANDARD RS-16 OF THE NYC BUILDING CODE.
2. ALL WATER SUPPLIES SHALL BE OVER THE RIM OR SHALL BE PROVIDED WITH APPROVED VACUUM BREAKER FOR WATER CLOSET FLUSH VALVES, HOSE BIBBS, ETC.
3. PROVIDED CLEANOUTS AT THE BASE OF ALL SOIL VENT AND LEADER STACKS. PROVIDED CLEANOUTS WITH DECK PLATES FLUSH WITH FINISHED FLOOR FOR ALL DRAINAGE PIPING RUNNING BELOW FLOOR AT 50 FOOT SPACING MAXIMUM.
4. RELIEF VENTS SHALL BE INSTALLED FOR VERTICAL OFFSETS OF DRAINAGE STACKS AS PER P103.9.
5. ALL CHANGES IN THE SIZE OF DRAINAGE PIPING SHALL BE MADE WITH REDUCING PIPE FITTINGS.
6. PROVIDE SHUT-OFF VALVES ON ALL BRANCH WATER LINES TO EACH FIXTURE INCLUDING BRANCHES FROM MAINS, AND WHERE OTHERWISE REQUIRED.
7. JOINTS AND CONNECTIONS IN THE PLUMBING SYSTEM SHALL BE MADE GAS TIGHT AND WATER TIGHT AS PER P103.1
8. WHERE BRANCH WATER SUPPLIES ARE TRAPPED, PROVIDE DRAIN VALVES AT ALL LOW POINTS.
9. ALL UNDERGROUND SEWER LINES SHALL BE EXTRA-HEAVY CAST IRON BELL AND SPIGOT PIPING. SOIL, WASTE, STORM AND VENT PIPING ABOVE GROUND SHALL BE HUBLESS CAST IRON WITH JOINTS MADE OF NEOPRENE SLEEVES AND DOUBLE STAINLESS STEEL STRAPS. ALL PIPING TO BE ADEQUATELY SUPPORTED BOTH VERTICALLY AND HORIZONTALLY.
10. WATER PIPING SHALL BE COPPER TYPE "L" HARD DRAWING WITH WROUGHT COPPER FITTINGS. PROVIDE STOP VALVES AT ALL HOT AND COLD WATER CONNECTIONS TO FIXTURES.
11. PROVIDE CHROME PLATED ESCUTCHEONS WHEREVER PIPES PENETRATE WALLS IN EXPOSED AREAS SUCH AS TOILETS AND KITCHENS.
12. COORDINATE WITH THAT OF THE OTHER TRADES.
13. CONTRACTOR SHALL VISIT THE SITE BEFORE BIDDING SO THAT HE MAY FAMILIARIZE HIMSELF WITH ALL CONDITIONS THAT MAY EFFECT HIS WORK.
14. OBTAIN ALL NECESSARY PERMITS AND PERFORM ALL REQUIRED TESTS AT NO COST TO THE OWNER. TURN OVER TO THE OWNER AT COMPLETION OF WORK CERTIFICATE OF ACCEPTANCE FROM NYC AGENCIES.
15. CONTRACTOR SHALL GUARANTEE HIS WORK FOR A PERIOD OF ONE YEAR FROM THE DATE OF COMPLETION.
16. INSULATE HOT AND COLD WATER PIPES IN ACCORDANCE WITH NYS ENERGY CODE WITH FIBERGLASS INSULATION WITH FIRE RETARDANT JACKET.

NOTE:
THIS PLAN IS APPROVED ONLY FOR WORK INDICATED ON THE APPLICATION SPECIFICATION SHEET. ALL OTHER MATTERS SHOWN ARE NOT TO BE RELIED UPON, OR TO BE CONSIDERED EITHER BEING APPROVED OR IN ACCORDANCE WITH APPLICABLE CODES.