

CHERICO KING ARCHITECT, P.C.
Registered Architect
86 YONKERS AVENUE
TUCKAHOE, NEW YORK, 10707
Tel: (914) 337-6800, Fax: (914) 337-3607
E-mail: c.king@chericoarchitects.com

VERSIONS
| NO. | DATE | DESCRIPTION |
|---|---|---|
| 01 | 2-28-07 | ISSUED FOR BUILDING REVIEW |
| 02 | 6-25-07 | ISSUED FOR DOB FILING |

GENERAL CONTRACTOR:

PAPA JOHN'S INTERNATIONAL, INC.
2002 PAPA JOHN'S BLVD.
LOUISVILLE, KENTUCKY 40299

CERTIFICATE OF AUTHORIZATION
SIGNATURE AND SEAL
PROFESSIONAL LICENCE NUMBER

PROJECT LOCATION:

"PAPA JOHN'S PIZZA"
STORE RENOVATION
432 2nd Ave.
NEW YORK, NY 10010

| PROJECT NUMBER | CK07-008 | DRAWN BY | C.K. |
| SCALE | AS NOTED | | |
| DATE | 2/19/07 | DRAWING TITLE | FINISH FLOOR PLAN |

DRAWING NUMBER

A-4

## ROOM FINISH SPECIFICATIONS

1. ALL DRYWALL WALLS TO RECEIVE "TRIP" PANELS FROM FLOOR TO CEILING EXCEPT IN THE LOBBY AREA.

2. SEE SHEET A-4 FOR FLOORING SCHEDULE.

3. INSTALL "TRIP" PANELS ON ALL WALLS FROM FLOOR TO CEILING. THIS INCLUDES THE OFFICE AND THE RESTROOM. INSTALL COMPLETE WITH ALL TRIM AND ACCESSORIES TO BE INSTALLED PER MANUFACTURER'S INSTALLATION PANELS TO BE "TRIP" PANELS AS MANUFACTURED BY "MARLITE CORPRORATION" "TRIP" PANEL TO BE IVORY (P-140).

4. CEILING SHALL BE WASHABLE, HARD SURFACE VINYL FACED 24"X48" LAY-IN ACOUSTIC PANELS IN "STIPPLE" FINISH WITH WHITE ALUMINUM "T" GRID SYSTEM IS PATTERN SHOWN STORAGE AREA (CAULK PERIMETER IN STORAGE AREA) RESTROOM TO BE PAINTED DRYWALL CEILING.

5. ALL DOORS, FRAMES AND WOOD TRIM SHALL BE PAINTED TWO COATS OF "SHERWIN WILLIAMS 6119 "ANTIQUE WHITE".

6. ALL EXPOSED PARTITION ENDS AND CORNERS SHALL HAVE 5. STAINLESS STEEL CORNERS TO FLOOR.(NOT TOP OF COVE).

## EQUIPMENT REQUIRED FOR SAFE INSTALLATION :

1. 4eq. 1/2" MOLLY PARADBOLT
2. 6" DRILL MOTOR
3. HAMMER
4. LIQUID ROCK (OR SOCKET & DRIVER)
5. "C" WRENCH (24)
6. SAFETY GOGGLES

## HARDWARE SCHEDULE

## GENERAL NOTES

1. DIMENSIONS ARE STUD – TO – STUD OR STUD – TO – MASONRY.

2. GENERAL CONTRACTOR SHALL INSTALL ALL REQUIRED BLOCKING FOR ALL EQUIPMENT, HANGERS, ETC.

3. ALL WORK SHALL CONFORM TO ALL LOCAL AND STATE CODES AND REGULATIONS.

4. ALL PARTY WALLS SHALL BE 3 5/8" SJ 25 GAUGE MINIMUM STEEL STUDS SPACED 16" O.C.

## DOOR SCHEDULE
SCALE: 1/4"=1'-0"

HARDWARE SET "A"
HARDWARE SET "B" FOR 2
HARDWARE SET "C" FOR 3

## FIRST FLOOR PLAN
A-4   SCALE: 1/4" = 1'-0"

EATING & DRINKING ESTABLISHMENT
USE GROUP #6, SEE C.O. #13341 EXISTING RETAIL
10 PERSONS

"MAINTAIN MIN. 3'-0" CLEAR AISLE
LEADING TO EXIT AT ALL TIMES

EXISTING RESTROOM
EXISTING STAIR TO CELLAR
EXISTING STOREFRONT TO REMAIN
EXISTING 1 HR. RATED DEMISING WALL (ADJ. STORE)

## FRONT ELEVATION
SCALE: 1/4" = 1'-0"

EXISTING STOREFRONT TO REMAIN
EXISTING RAILING TO REMAIN

## INTERIOR WALL SECTION
SCALE: 1 1/2" = 1'-0"

## BASE TILE DETAIL
SCALE: 3" = 1'-0"