# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/13

Writer's direct phone
(212) 218-5291

Writer's e-mail
jegan@seyfarth.com

March 26, 2013

**VIA E-MAIL**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007
EngelmayerNYSDChambers@sysd.uscourts.gov

**MEMO ENDORSED**

   Re:   *Kreisler v. Abid et al.*
         **Civil Action No.: 12-cv-4052 (PAE)**

Dear Judge Engelmayer:

   This office represents Defendants Parker East 24th Apartments, LLC ("Parker East") and Parker 24 Commercial Associates, L.P. (collectively, the "Parker Defendants") in the above-referenced matter. With the Plaintiff's consent, we write to advise the Court that Plaintiff and the Parker Defendants are presently engaged in good faith settlement negotiations, and to request a short adjournment of forthcoming litigation dates to allow these parties to focus their efforts and resources on settlement.

   Specifically, the Parker Defendants respectfully request that the deadline for their response to the Second Amended Complaint (*see* Docket No. 64) be extended up to and including April 11, 2013. The present deadline is March 28, 2013, and this is the first such request for an extension of time. Plaintiff consents to this request.

   In addition, Plaintiff respectfully requests that the deadline for filing his opposition to Parker East's motion to vacate the default judgment (*see* Docket Nos. 74-77) be extended up to and including April 4, 2013. The present deadline is March 27, 2013, and this is the first such request for an extension of time. The Parker Defendants consent to this request.

ATLANTA   BOSTON   CHICAGO   HOUSTON   LOS ANGELES   NEW YORK   SACRAMENTO   SAN FRANCISCO   WASHINGTON D.C.   LONDON



March 26, 2013
Hon. Paul A. Engelmayer
Page 2

These requested extensions of time will not affect any other dates scheduled by the Court, and the motion to vacate will be fully briefed in advance of the Court's scheduled status conference on April 17, 2013.

Should the Court have any questions or concerns, please do not hesitate to contact the undersigned attorney. We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

John W. Egan

JWE

cc: Gary S. Ehrlich, Esq.
Barry N. Frank, Esq.
Adam T. Shore, Esq.

*Both requested extensions are granted.*

3/27/13

SO ORDERED:

Paul A. Engelmayer
─────────────────────────
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

15412599v.1