UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ADAM T. SHORE, ESQ.

TODD KREISLER

                Plaintiff(s)

- against -

Index # 12 CIV. 4052 (PAE) (JF)

KAIS ABIS, D/B/A PAPA JOHN'S, ETAL

                Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 18, 2013 at 09:30 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SECOND AMENDED SUMMONS AND SECOND AMENDED COMPLAINT on KAM FOUR, INC., D/B/A PAPA JOHN'S therein named,

**SECRETARY OF STATE** a Domestic corporation by delivering two true copies to CHAD MATICE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 30 | 6'2 | 210 |

Sworn to me on: March 20, 2013

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**STEVEN C. AVERY**

Invoice #: 572879

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728