UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

TODD KREISLER,

                Plaintiff,

    v.

KAIS ABID d/b/a PAPA JOHN'S,
KAIS ABID, d/b/a PAPA JOHN'S,
KAM FOUR, INC., a New York corporation,
d/b/a PAPA JOHN'S, PARKER EAST 24th
APARTMENTS, LLC, a New York limited
liability company, PARKER COMMERCIAL
24TH ASSOCIATES, a New York limited
partnership, and 305 EAST 24TH OWNERS
CORP., a New York corporation,

                Defendants.

--------------------------------------------------------x

**Case No. 12 Civ. 4052 (PAE) (JF)**
**ECF CASE**

**<u>AMENDED WITNESS LIST</u>**

STATE OF NEW YORK    )
                                   )    ss:
COUNTY OF NEW YORK  )

1. Jack Parker
2. Cynthia Wong
3. Mohamed Abid
4. Kais Abid
5. Stephen Nardoni
6. Chris Dillon
7. Todd Kreisler
8. Jean-Pierre Vaganay

Respectfully submitted,

*/s/Adam Shore*
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
Attorney for Plaintiff
100 Park Avenue, Suite 1600
New York, New York 10017
Telephone:   (646) 476-4296
Fax:              (646) 390-7422
Email:          atsesq@gmail.com