UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TODD KREISLER,

        Plaintiff,

  -against-

KAIS ABID d/b/a PAPA JOHN'S,
PARKER EAST 24th APARTMENTS, LLC,
a New York limited liability company,
KAM FOUR, INC., a New York corporation,
d/b/a PAPA JOHN'S, PARKER 24
COMMERCIAL ASSOCIATES, a New York
limited partnership, and 305 EAST 24TH OWNERS
CORP., a New York corporation,

        Defendants.
------------------------------------------------------------X

**Civil Action No.: 12 Civ. 4502 (PAE)
ECF CASE**

**PLAINTIFF'S SECOND AMENDED
WITNESS LIST**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

1. Jack Parker

2. Cynthia Wong

3. Mohamed Abid

4. Kais Abid

5. Stephen Nardoni

6. Chris Dillon

7. Todd Kreisler

8. Jean-Pierre Vagany

9. Jose Luis

    The Plaintiff reserves the right to amend or supplement the above list at any time up to the time of trial.

Respectfully submitted,

*/s/Adam Shore*
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
Attorney for Plaintiff
100 Park Avenue, Suite 1600
New York, New York 10017
Telephone:   (646) 476-4296
Facsimile:    (646) 390-7422
Email: ashore@lawofficesofadamshore.com