UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Todd KREISLER,

              Plaintiff,

           v.

Kais ABID,
*d/b/a PAPA JOHN'S;*
KAM FOUR INC,
*A New York Corporation d/b/a/ Papa John's,*
PARKER EAST 24TH APARTMENTS LLC,
*A New York Limited Liability Company;*
PARKER COMMERCIAL 24TH ASSOCIATES,
*A New York Limited Partnership,*
305 EAST 24TH OWNERS CORP.,
*A New York Corporation*
              Defendants.

12 civ. 4052 (PAE)

NOTICE OF MOTION

TO:    Adam Shore, Esq.
         Gary Ehrlich, Esq.
         John Egan, Esq.

Served via ECF filing

      PLEASE TAKE NOTICE that upon the attached Attorney Declaration of Barry N. Frank, Esq. and the attached Motion, Defendant will move this Court, Hon. Paul A. Engelmayer, U.S.D.J. in Room_____United States Courthouse, 500 Pearl Street, New York, New York 1007-1312 on the_____day of April, 2013 at_____or as soon thereafter as counsel can be heard, for dismissal of the Second Amended Complaint or in the alternative for partial Summary Judgment and dismissal as moot with regard to certain causes of action, as set forth in the attached Motion, and all further relief deemed appropriate by the Court.

Dated:  Fort Lee, New Jersey
         April 15, 2013

                              **Law Firm of Barry N. Frank & Associates PC**
                              *Attorneys for the Defendant, Kais Abid*

                              BY:_____/s/ Barry N. Frank, Esq.
                              440 West Street, 3rd Floor
                              Fort Lee, New Jersey  07024-5028