**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

TODD KREISLER,

                         Plaintiff,

    v.

KAIS ABID, d/b/a PAPA JOHN'S,
KAM FOUR, INC., a New York corporation,
d/b/a PAPA JOHN'S, PARKER EAST 24th
APARTMENTS, LLC, a New York limited
liability company, PARKER COMMERCIAL
24TH ASSOCIATES, a New York limited
partnership, and 305 EAST 24TH OWNERS
CORP., a New York corporation,

                         Defendants.

-------------------------------------------------------------x

Civil Action No.: 12 Civ. 4052 (PAE)
**ECF CASE**

**<u>NOTICE OF SETTLEMENT</u>**

       Plaintiff, Todd Kreisler, and Defendant Kais Abid, by and through their undersigned counsel, hereby notify the court that a settlement has been reached resolving all matters in dispute between Plaintiff and defendant Kais Abid, d/b/a Papa John's, Kam Four, Inc. in the above captioned matter. The parties are in the process of finalizing a settlement agreement and obtaining the necessary signatures on the agreement, and the parties will file a Stipulation of Dismissal with Prejudice within seven days.

Dated:  May 1, 2013
       New York, New York

Respectfully submitted,

_____
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
Attorney for Plaintiff, Todd Kreisler
100 Park Avenue, Suite 1600
New York, New York 10017

Respectfully submitted,

_____
Barry Frank, Esq.
The Law Firm of Barry N. Frank & Asssociates, PC
Attorney for Abid and Kam Four, Inc.
440 West 34th Street, Suite 301
Fort Lee, New Jersey, NJ 07024