UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TODD KREISLER,

                Plaintiff,

       -v-

KAIS ABID d/b/a PAPA JOHN'S, KAM FOUR, INC.,
PARKER EAST 24TH APARTMENTS, LLC, PARKER
24 COMMERCIAL ASSOCIATES, and 305 EAST 24TH
OWNERS CORP.

                Defendants.

------------------------------------------------------------X

12 Civ. 4052 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received notification from the parties, dated April 9, 2013, and April 30, 2013, advising the Court that the parties have reached a settlement in principle. Dkt. 103, 109. All deadlines are hereby adjourned until further order of the Court.

It is hereby ordered that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 1, 2013
       New York, New York

1