```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TODD KREISLER,

    Plaintiff,

  -against-

KAIS ABID, d/b/a PAPA JOHN'S,
KAM FOUR, INC., a New York corporation,
d/b/a PAPA JOHN'S, PARKER EAST 24th
APARTMENTS, LLC, a New York limited
liability company, PARKER COMMERCIAL
24TH ASSOCIATES, a New York limited
partnership, and 305 EAST 24TH OWNERS
CORP., a New York corporation

    Defendants.
-----------------------------------------------------------X

Civil Action No.: 12 Civ. 4052 (PAE)
ECF CASE

STIPULATION FOR DISMISSAL
DISMISSAL WITH PREJUDICE

    The Plaintiff, Todd Kreisler, by and through his undersigned counsel, and defendant Kais Abid and Kam Four, Inc, by and through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above captioned action, and the counter-claim, with prejudice. A resolution of all matters between the Plaintiff, Todd Kreisler, and Kais Abid and Kam Four, Inc., in dispute has been made pursuant to a certain Confidential Settlement Agreement. Todd Kreisler, and Kais Abid and Kam Four, Inc. shall bear their own costs, attorneys' fees, and expenses and agree not to file any further motions, of any kind, in this matter.

    Dated this 6 day of May, 2013.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

_____
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
Attorney for Plaintiff, Todd Kreisler
100 Park Avenue, Suite 1600
New York, New York 10017

Respectfully submitted,

_____
Barry Frank, Esq
The Law Firm of Barry N. Frank & Asssociates. PC
Attorney for Abid and Karn Four, Inc.
440 West 34th Street, Suite 301
Fort Lee, New Jersey, NJ 07024

SO ORDERED:

Paul A. Engelmayer
_____
HONORABLE PAUL A. ENGELMAYER
U.S.D.J.

5/6/13